**03-40279**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:   CADKEY Corporation

Chapter 11
Bankruptcy Case 03-44906
Judge Henry J. Boroff

FILED IN CLERK'S OFFICE
2003 DEC 15  A 10: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **03-44906 Cadkey Corporation. Transcript will be forthcoming upon receipt** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 15th DAY OF DECEMBER .

Date: 12/15/03



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Yingmay Steele

Deputy Clerk
(508) 770- 8963

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _15th_ day of _December_____, _2003_.

This case has been assigned No. _03-40279_ .

_Kathleen Hassett_
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| **In re:**<br><br>**CADKEY CORPORATION,**<br><br>Debtor. | **Chapter 11**<br>**Case No. 03-44906-HJB** |

## NOTICE OF APPEAL

To the Honorable Henry J. Boroff, United States Bankruptcy Judge:

Pursuant to Federal Bankruptcy Rule 8001, notice is hereby given that Robert White, a creditor in the above-captioned bankruptcy proceedings, hereby appeals to the United States District Court from the following order of the Bankruptcy Court entered on November 7, 2003:

> Order Dated 11/6/03 (i)Approving And Authorizing Sale of Substantially All of Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (ii)Approving the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (iii)Granting Related Relief.

The names and addresses of the parties to the order appealed from and their respective counsel are as follows:

| **Party** | **Counsel** |
|---|---|
| Mr. Robert White<br>PO Box 488<br>Boise City, OK 73933 | Pro Se |
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110 |

{H:\PA\CORP\19017\00001\A0670297.DOC}

| | |
|---|---|
| CADKEY Corporation | James Wilson, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA  02110 |
| Kubotek Corporation | John Loughnane, Esq.<br>Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA  02110 |
| Harold L. Bowers | Paul F. O'Donnell, III, Esq.<br>Hinckley Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109<br><br>Frederic Meeker, Esq.<br>Banner & Witcoff, Ltd.<br>1001 G Street, NW<br>11th Floor<br>Washington, DC  20001-4597 |

A Notice of Election as required by Bankruptcy Rule 8001(e) is filed this day.

Respectfully submitted this 12th day of November, 2003.

                        ROBERT WHITE,
                        Pro Se

                        */s/ Robert White*
                        Robert White
                        PO Box 488
                        Boise City, OK  73933
                        Phone: (580) 544-4210
                        Fax:   (580) 544-3281

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| **In re:**<br><br>**CADKEY CORPORATION,**<br><br>Debtor. | **Chapter 11**<br>**Case No. 03-44906-HJB** |

## NOTICE OF ELECTION

To the Honorable Henry J. Boroff, United States Bankruptcy Judge:

Pursuant to the Federal Rules of Bankruptcy Procedure 8001(a) and 8001(e), notice is hereby given that Robert White, a creditor in the above-captioned bankruptcy proceedings, hereby elects to pursue appeal in the United States District Court for the District of Massachusetts from the following order of the Bankruptcy Court entered on November 7, 2003:

> Order Dated 11/6/03 (i)Approving And Authorizing Sale of Substantially All of Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (ii)Approving the Assumption and Assignment of Certain Unexpired Le ases and Executory Contracts; and (iii)Granting Related Relief.

Respectfully submitted this 12th day of November, 2003.

ROBERT WHITE,
Pro Se

*Robert White* (signature)

Robert White
PO Box 488
Boise City, OK 73933
Phone: (580) 544-4210
Fax:    (580) 544-3281

{H:\PA\CORP\19017\00001\A0670641.DOC}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   CADKEY Corporation

Chapter 11
Bankruptcy Case 03-44906
Judge Henry J. Boroff

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **NOVEMBER 14, 2003** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

    1. Notice of Appeal, or
    2. Entry of an Order granting leave to appeal, or
    3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty-five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date: 11/14/03

James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,


Yingmay Steele
Deputy Clerk
(508) 770-8963

# Certificate of Service

| | | | | Date printed: 11/14/2003 |
|---|---|---|---|---|
| District/Off: 0101-4 | User: yms | | | |
| Case: 03-44906 | Form ID: ntcdc | Total: 4 | | |

| | | | |
|---|---|---|---|
| aty James M. Wilton | One International Place | Boston, MA 02110-2624 | |
| aty Jennifer V. Doran | Hinckley, Allen & Snyder | 28 State St. | Boston, MA 02109-1775 |
| cr Kubotek Corporation | John Loughnane, 225 Franklin St., Boston, MA 02110 | | |
| cr Robert White | P.O. Box 488 Boise City, OK 73933 (580-544-4310) | | |

Crrm  Caty Goldberg 100 Summer St, Boston, MA 02110.



https://ecf.mab.circ1.dcn/cgi-bin/show_file?cert=P40344906ntcdc0511.cert    11/14/2003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

FILED
IN CLERK'S OFFICE

2003 DEC -8  A 10: 31

BANKRUPTCY COURT
WORCESTER, MA.

**In re:**

**CADKEY CORPORATION,**

     **Debtor.**

**Chapter 11**
**Case No. 03-44906-HJB**

### APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF <u>ISSUES TO BE PRESENTED</u>

Robert White, having appealed from the order of the Bankruptcy Court entered on or about November 7, 2003 regarding:

(i) Approving And Authorizing Sale of Substantially All of Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (ii) Approving the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (iii) Granting Related Relief.

hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the items to be included in the record on appeal to be transmitted in connection with such appeal to the United States District Court the District of Massachusetts, and issues to be presented thereon.

1.  DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL.

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2003 | 1 | Chapter 11 Voluntary Petition. Receipt Number 00513582, Fee Amount $830 Filed by CADKEY Corporation rep by James M. Wilton. (pf, USBC) (Entered: 08/22/2003) |
| 08/29/2003 | 25 | Debtor's Motion for an Order (A) AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee in connection with PROPOSED SALE OF Substantially ALL ASSETS of the Debtor Free and Clear of liens, claims, encumbrances and interests and Proposed Assumption and Assignment of Executory Contracts; (B) SCHEDULING A HEARING to consider Appproval of the Sale of Substantially All Assets |



| | | |
|---|---|---|
| | | of the Debtor and Assumption and Assignment of Executory Contracts; (C) PRESCRIBING the manner of NOTICE for such he aring; (D) AUTHORIZING and APPROVING ASSET PURCHASE AGREEMENT with INTERNATIONAL MICROCOMPUTER SOFTWARE, INC. or another bidder providing Higer or otherwise Better Offer; (E) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS free and clear of all lien s, claims encumbrances and other interests; (F) AUTHORIZING THE ASSUMPTION AND ASIGNMENT of certain Executory Contracts; and (G) GRANTING other related relief. (Entered: 08/29/2003) |
| 09/08/2003 | 40 | Statement of Financial Affairs Filed by Debtor CADKEY Corporation. (yms) (Entered: 09/11/2003) |
| 09/08/2003 | 41 | Schedules A-H Filed by Debtor CADKEY Corporation. (yms) (Entered: 09/11/2003) |
| 09/08/2003 | 43 | Exhibit A Filed by Debtor CADKEY Corporation. (yms) (Entered: 09/11/2003) |
| 09/09/2003 | 47 | Order Re: 9 Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes. GRANTED. 9/9/2003. (yms) (Entered: 09/12/2003) |
| 09/12/2003 | 55 | Order Approving 25 Bidding Procedures and Breakup Fee. 9/12/2003. (yms) (Entered: 09/15/2003) |
| 09/23/2003 | 69 | Final Order Authorizing and Approving 7 Cash Collateral Stipulation. 9/23/2003. (yms) (Entered: 09/24/2003) |
| 09/26/2003 | 73 | Emergency Motion by Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court Pursuant to 28 U.S.C. 157(d). c/s (yms) (Entered: 09/26/2003) |
| 09/26/2003 | 74 | Objection of Harold L. Bowers to 25 (A) The Juridiction of the Bankruptcy Court to Determine Issues of Copyright Law and Preside over a Jury Trial involving Bowers; (B) The Entry of a Sale Order Allowing the Sale of the Debtor's Assets Free a nd Clear of the Interest of Harold L. Bowers; and (C) The Entry of a Sale Order Determining that the Manufacture, Sale, Distribution and Licensing for Manufacture, Sale or Distribution of the Debtor's Assets Does Not Violate the District Court I njunction Dated July 12, 2001. c/s (yms) (Entered: 09/26/2003) |
| 10/02/2003 | 84 | Statement of Official Committee Of Unsecured Creditors In Support of 78 Debtor's Motion for Entry of an Order Scheduling a Hearing on the Objection of Harold L. Bowers. c/s (yms) (Entered: 10/03/2003) |
| 10/09/2003 | 102 | Objection by Creditor Robert White Re: 78 Motion For Approval of Proposed Sale of Substantially all of the Debtor's Assets filed by Debtor CADKEY Corporation. c/s (ab) (Entered: 10/17/2003) |
| 10/16/2003 | 105 | Notice of Submission of Bid Filed by Creditor Kubotek Corporation Re: 25 Motion to Sell Filed by Creditor Kubotek Corporation. c/s (ab, usbc) |

| Date | Doc # | Description |
|---|---|---|
| | | (Entered: 10/17/2003) |
| 10/23/2003 | 122 | Stipulation Dated 10/23/03 By and Among Debtor, Harold L. Bowers and the Official Committee of Unsecured Creditors And APPROVED by United States District Court Judge Nathaniel M. Gorton Respecting the Withdrawal of the 73 Harold L. Bowers' Em ergency Motion to Withdraw The Reference From the Bankruptcy Court Pursuant to 28 USC 157(d). (yms, usbc) (Entered: 11/07/2003) |
| 10/27/2003 | 120 | Order Dated 10/27/03 Establishing Supplemental Procedures for Auction of Debtor's Assets (Re: 25). (yms, usbc) (Entered: 11/07/2003) |
| 10/30/2003 | 110 | Transcript Of Hearing Held On September 12, 2003 25 RE: Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee (lc, usbc) (Entered: 11/03/2003) |
| 10/30/2003 | 119 | Order Dated 10/30/03 on 25 Debtor's Motion for Order Approving the Sale of Assets. CONTINUED GENERALLY. (yms, usbc) (Entered: 11/07/2003) |
| 11/04/2003 | 115 | Transcript Of Hearing Held On October 20, 2003 RE: 78 MOTION For Approval Of Proposed Sale Of Substantially All Of The Debtor's Assets Filed By Debtor Cadkey Corporation.(lc, usbc) (Entered: 11/05/2003) |
| 11/06/2003 | 118 | Order Dated 11/6/03 Authorizing and Approving 111 Stipulation Providing for Continued Use of Cash Collateral. (see Order for full text). (yms, usbc) (Entered: 11/06/2003) |
| 11/06/2003 | 121 | Order Dated 11/6/03 (i)Approving And Authorizing 25 Sale of Substantially All of Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (ii)Approving the Assumption and Assignment of Certain Unexpired Le ases and Executory Contracts; and (iii)Granting Related Relief. (yms, usbc) (Entered: 11/07/2003) |
| 11/14/2003 | 127 | Notice of Election of Appeal to District Court Filed by Creditor Robert White. (yms, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 128 | Notice of Appeal to District Court RE: 126 Notice of Appeal filed by Creditor Robert White. (yms, usbc) (Entered: 11/14/2003) |
| 10/27/2003 | | Transcript Of Hearing Held On October 27, 2003 RE: 78 MOTION For Approval Of Proposed Sale Of Substantially All Of The Debtor's Assets Filed By Debtor Cadkey Corporation. (Ordered but not yet transcribed) |
| 10/30/2003 | | Transcript Of Hearing Held On October 30, 2003 RE: 78 MOTION For Approval Of Proposed Sale Of Substantially All Of The Debtor's Assets Filed By Debtor Cadkey Corporation. (Ordered but not yet transcribed) |
| 11/06/2003 | | Transcript Of Hearing Held On November 6, 2003 RE: 78 MOTION For Approval Of Proposed Sale Of Substantially All Of The Debtor's Assets Filed By Debtor Cadkey Corporation. (Ordered but not yet transcribed) |

```
                                                          FILED
                                                    IN CLERK'S OFFICE
        UNITED STATES BANKRUPTCY COURT
           DISTRICT OF MASSACHUSETTS
                (WESTERN DIVISION)                  2003 DEC -8  A 10: 31

                                                    BANKRUPTCY COURT
                                                     ?CESTER, MA.
```

In re:

CADKEY CORPORATION,

Debtor.

Chapter 11
Case No. 03-44906-HJB

## APPELLANT'S MOTION TO AMEND THE DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Now comes Robert White, Appellant in the above captioned case, and hereby requests this Court's permission to Amend the Designation of Items to be Included in the Record on Appeal. Appellant inadvertently omitted to following items from his initial Designation of the Record and now wishes to include these items:

1. Appellant wishes to include a copy of the PACER Docket ledger listing all the entries in the record for this case as of 1:00 pm. EST, December 5, 2003.

2. Appellant also wishes to include the following documents into the record on appeal:

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2003 | 9 | Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes.(yms) (Entered: 08/22/2003) |
| 09/29/2003 | 78 | Motion For Order (Re: 74 Objection,, ) - *Debtor's Motion for Entry of an Order Scheduling a Hearing on the Objection of Harold L. Bowers to (a) Jurisdiction of the Bankruptcy Court to Determine Issues of Copyright Law and Preside Over a Jury Trial Involving Bowers; (b) Entry of a Sale Order Allowing the Sale of the Debtor's Assets Free and Clear of the Interest of Harold L. Bowers; and (c) the Entry of a Sale Order Determining that the Manufacture, Sale, Distribution and Licensing for Manufacture, Sale or Distribution of the Debtor's Assets Does Not Violate the District Court Injunction Dated July 12, 2001* Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 09/29/2003) |



Respectfully submitted this 5th day of December, 2003.

                        ROBERT WHITE,
                        Pro Se

                        */s/ Robert White*
                        Robert White
                        PO Box 488
                        Boise City, OK  73933
                        Phone: (580) 544-4210
                        Fax:    (580) 544-3281

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re:<br>CADKEY CORPORATION,<br><br>Debtor. | Chapter 11<br>Case No. 03-44906-HJB |

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2003, I caused a copy of the following document to be served upon each of the parties noted on the attached Service List:

- Appellant's Motion To Amend Designation Of Items To Be Included In The Record On Appeal

*Robert White*
Robert White
PO Box 488
Boise City, OK 73933
Phone: (580) 544-4210
Fax:    (580) 544-3281

FILED IN CLERK'S OFFICE
2003 DEC -8 A 10: 31
BANKRUPTCY COURT

## SERVICE LIST

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA  02110 |
| CADKEY Corporation | James Wilson, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA  02110 |
| Kubotek Corporation | John Loughnane, Esq.<br>Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA  02110 |
| Harold L. Bowers | Paul F. O'Donnell, III, Esq.<br>Hinckley Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109<br><br>Frederic Meeker, Esq.<br>Banner & Witcoff, Ltd.<br>1001 G Street, NW<br>11th Floor<br>Washington, DC  20001-4597 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

FILED
IN CLERK'S OFFICE

2003 DEC -3 P 4: 13

U.S. BANKRUPTCY COURT
WORCESTER, MA.

In re: )
)
CADKEY CORPORATION, )
)
Debtor. )
)
)

Chapter 11

Case No. 03-44906 (HJB)

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Pursuant to Bankr. R. 8006, the Unsecured Creditors Committee ("Appellee") designates the following additional items for inclusion in the Record on Appeal arising from the Notice of Appeal filed by Robert White dated November 12, 2003.

| DATE | DOCKET NUMBER | DOCUMENT NAME |
|---|---|---|
| 08/29/2003 | 26 | Debtor's Motion for Expedited Hearing on Debtor's Motion for an Order Authorizing and Approving Bidding Procedures and to be Used in Connection with the Sale of Debtor's Assets |
| 09/04/2003 | 30 | Endorsed Order Re: Debtor's Motion for Expedited Hearing on Debtor's Motion for an Order Authorizing and Approving Bidding Procedures to be Used in Connection with the Sale of Debtor's Assets |
| 09/08/2003 | 38 | Objection by Creditor Robert White to Debtor's Motion for Expedited Hearing on Debtor's Motion for an Order Authorizing and Approving Bidding Procedures and to be Used in Connection with the Sale of Debtor's Assets |
| 09/09/2003 | | Transcript of Hearing Held on September 9, 2003 Re: Debtor's Motion for an Order (A) Authorizing and Approving Bidding Procedures and Breakup Fee in Connection with Proposed Sale of Substantially All Assets of the Debtor Free and Clear of Liens, Claims, Encumbrances and Interests and Proposed Assumption and Assignment of Executory Contracts; (B) Scheduling A Hearing to Consider Approval of the Sale of Substantially All Assets of the Debtor and Assumption and Assignment of |

| | | |
|---|---|---|
| | | Executory Contracts; (C) Prescribing the Manner of Notice for Such Hearing; (D) Authorizing and Approving Asset Purchase Agreement with International Microcomputer Software, Inc. or Another Bidder Providing Higher or Otherwise Better Offer; (E) Authorizing the Sale of the Debtor's Assets Free and Clear of All Liens, Claims Encumbrances and Other Interests; (F) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (G) Granting Other Related Relief |
| 09/09/2003 | 45 | Order Regarding Debtor's Motion for Order Authorizing and Approving Bidding Procedure and Breakup Fee. Continued To 9/12/03 AT 2:00 p.m. in Springfield |
| 09/12/2003 | 55 | Order Approving Bidding Procedures and Breakup Fee |
| 09/12/2003 | 110 | Transcript Hearing Held on September 12, 2003 Re: Debtor's Motion for an Order Authorizing and Approving Bidding Procedures and Breakup Fee |
| 09/29/2003 | 80 | Motion For Contempt - Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing to Violate the Stay Filed by Debtor CADKEY Corporation |
| 10/07/2003 | 89 | Objection of Debtor to Emergency Motion of Harold L. Bowers to Withdraw the Reference from the Bankruptcy Court Pursuant to 28 U.S.C. 157(d) |
| 10/09/2003 | 91 | Objection of Official Committee of Unsecured Creditors to Emergency Motion by Harold L. Bowers to Withdraw the Reference from the Bankruptcy Court Pursuant to 28 U.S.C. 157(d) |
| 10/14/2003 | 98 | Opposition by Creditor Acuity, Inc. regarding Motion for Entry of Order Seeking Civil Contempt, Sanctions and Injunction filed by Debtor CADKEY Corporation |
| 10/16/2003 | 99 | Response by Debtor CADKEY Corporation Re: Objection, filed by Creditor Harold L. Bowers, Hearing Scheduled (Attachments: # 1 Exhibit A - Wade Affidavit, # 2 Exhibit B - Termination Notice, # 3 Exhibit C - Screen Shots) |

| 10/17/2003 | 106 | Debtor's Verified Pre-Hearing Memorandum in Response to Objection of Harold L. Bowers to (A) Jurisdiction of the Bankruptcy Court to Determine Issues of Copyright Law and Preside Over a Jury Trial Involving Bowers; (B) Entry of Sale Order Allowing the Sale of the Debtor's Assets Free and Clear of the Interest of Harold L. Bowers; and (C) the Entry of Sale Order Determining that the Manufacture, Sale, Distribution and Licensing for Manufacture, Sale or Distribution of the Debtor's Assets Does Not Violate the District Court Injunction dated July 12, 2001 |

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF CADKEY CORPORATION

By its attorneys,

Michael J. Goldberg (BBO #551869)
John C. La Liberte (BBO #556046)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Dated: December 3, 2003

SC4064.DOC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

FILED
CLERK'S OFFICE

2003 DEC -3 P 4: 13

U.S. BANKRUPTCY COURT
WORCESTER, MA.

In re: )
)
CADKEY CORPORATION, )    Chapter 11
)
Debtor. )    Case No. 03-44906 (HJB)
)
)

## CERTIFICATE OF SERVICE

I, John C. La Liberte, do hereby certify that on December 3, 2003, I served a copy of the Appellee's Designation of Additional Items to be Included in the Record on Appeal by mailing a copy thereof by first class mail postage pre-paid to the following:

_____
John C. La Liberte

Robert White, Pro Se (with attachments)
P.O. Box 488
Boise City, OK  73933

(without attachments)
James Wilson, Esq.
Ropes and Gray, LLP
One International Place
Boston, MA  02110

John Loughnane, Esq.
Gadsby Hanna LLP
225 Franklin Street
Boston, MA  02110

Paul F. O'Donnell, III, Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109

Frederic Meeker, Esq.
Banner & Witcoff, Ltd.
1001 G Street, NW
11th Floor
Washington, DC  20001-4597

{SC4079.DOC /}