**APPEAL**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Bankruptcy Petition #: 03-44906

*Assigned to:* Judge Henry J. Boroff
Chapter 11
Voluntary
Asset

*Date Filed:*
08/22/2003

| | | |
|---|---|---|
| **CADKEY Corporation**<br>33 Boston Post Road West<br>Suite 120<br>Marlboro, MA 01752<br>Tax id: 04-3079696<br>***Debtor***<br>***dba***<br>**Baystate Technologies,<br>Inc.** | represented<br>by | **Erin T. Fontana**<br>Ropes And Gray LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>Fax : (617) 951-7050<br>Email: efontana@ropesgray.com<br><br>**James M. Wilton**<br>Ropes and Gray LLP<br>One International Place<br>Boston, MA 02110-2624<br>617-951-7000<br>Fax : 617-951-7050<br>Email: jwilton@ropesgray.com<br><br>**Stephen Moeller-Sally**<br>Ropes and Gray LLP<br>One International Place<br>Boston, MA 02110-2624<br>617-951-7000 |

**Richard King**
Office of US. Trustee
600 Main Street

Suite 200
Worcester, MA 01608
*Assistant U.S. Trustee*

**John F. Ward**
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110
*Creditor Committee Chair*

| **Official Committee Of** | represented | **Michael J. Goldberg** |
| **Unsecured Creditors** | by | Sherin & Logden, LLP |
| *Creditor Committee* | | 100 Summer Street |
| | | Boston, MA 02110 |
| | | (617) 646-2000 |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2003 | 1 | Chapter 11 Voluntary Petition. Receipt Number 00513582, Fee Amount $830 Filed by CADKEY Corporation rep by James M. Wilton. (pf, USBC) (Entered: 08/22/2003) |
| 08/22/2003 | 2 | Order to Update. Atty Disclosure Statement due 9/8/2003. Schedules A-H due 9/8/2003. Statement of Financial Affairs due 9/8/2003. Exhibit A due 9/8/2003. (pf, USBC) (Entered: 08/22/2003) |
| 08/22/2003 | 3 | Debtor's Application For Order Authorizing Employment and Retention of Ropes & Gray LLP As Debtor's Attorney. c/s (yms) (Entered: 08/22/2003) |
| 08/22/2003 | 4 | Affidavit of James M. Wilton Re: 3 Debtor's Application For Order Authorizing Employment and Retention of Ropes & Gray LLP As Debtor's |

| | | Attorney. (yms) (Entered: 08/22/2003) |
|---|---|---|
| 08/22/2003 | 5 | Debtor's Application For Order Authorizing Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor to the Debtor. c/s (yms) (Entered: 08/22/2003) |
| 08/22/2003 | 6 | Affidavit of Lawrence R. Heslin Re: 5 Debtor's Application For Order Authorizing Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor to the Debtor. (yms) (Entered: 08/22/2003) |
| 08/22/2003 | 7 | Cash Collateral Stipulation By Debtor CADKEY Corporation and Micro Control Systems, Inc. (yms) (Entered: 08/22/2003) |
| 08/22/2003 | 8 | Debtor's Motion For Order Authorizing and Approving 7 Cash Collateral Stipulation By Debtor CADKEY Corporation and Micro Control Systems, Inc. (yms) (Entered: 08/22/2003) |
| 08/22/2003 | 9 | Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes.(yms) (Entered: 08/22/2003) |
| 08/22/2003 | 10 | Debtor's Motion For Order Authorizing Debtor to Honor Certain Pre-Petition Customer Obligations and Continue Customer Programs and Practices Post-Petition. (yms) (Entered: 08/22/2003) |
| 08/22/2003 | 11 | Debtor's Motion For Order (I) Restraining Utility Companies From Discontinuing, Altering, or Refusing Service, and (II) Establishing Procedure for Determining Adequate Assurances. (yms) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2003) |
| 08/22/2003 | ◐12 | Debtor's Motion For An Emergency Hearing On documents: 3; 5; 8; 9; 10; and 11. (yms) (Entered: 08/22/2003) |
| 08/22/2003 | ◐13 | Endorsed Order Regarding 12 Debtor's Motion For An Emergency Hearing On documents: 3; 5; 8; 9; 10; and 11. REQUEST FOR EMERGENCY HEARING IS GRANTED; THE HEARING IS SCHEDULED FOR MONDAY, AUGUST 25,2003 AT 2:00 PM IN SPRINGFIELD. MOVANT SHALL GIVE NOTICE FORTHWITH VIA TELEPHONE AND/OR FAX TO ALL SECURED CREDITORS, THE TOP TWENTY UNSECURED CREDITORS, ALL TAXING AUTHORITIES, U.S. TRUSTEE, AND ANY COUNSEL WHO HAVE FILED AN APPEARANCE IN THIS CASE. 8/22/2003. (yms) (Entered: 08/22/2003) |
| 08/22/2003 | ◐ | Hearing scheduled for 8/25/2003 at 02:00 PM Springfield Courtroom for documents: 8; 9; 10 and 11.(yms) (Entered: 08/22/2003) |
| 08/25/2003 | ◐14 | Notice of Appearance and Request for Notice by Philip J. Hendel of Hendel & Collins, P.C. for Micro Control Systems Inc. c/s (yms) (Entered: 08/26/2003) |
| 08/25/2003 | ◐ | Hearing Held RE: 11 Debtor's Motion For Order (I) Restraining Utility Companies From Discontinuing, Altering, or Refusing Service, and (II) Establishing Procedure for Determining Adequate Assurances. (Entered: 08/26/2003) |
| 08/25/2003 | ◐15 | Order Granting 11 Debtor's Motion For Order (I) |

| | | |
|---|---|---|
| | | Restraining Utility Companies From Discontinuing, Altering, or Refusing Service, and (II) Establishing Procedure for Determining Adequate Assurances. 8/25/2003. (yms) (Entered: 08/26/2003) |
| 08/25/2003 | | Hearing Held RE: 10 Debtor's Motion For Order Authorizing Debtor to Honor Certain Pre-Petition Customer Obligations and Continue Customer Programs and Practices Post-Petition. (yms) (Entered: 08/26/2003) |
| 08/25/2003 | 16 | Order Granting 10 Debtor's Motion For Order Authorizing Debtor to Honor Certain Pre-Petition Customer Obligations and Continue Customer Programs and Practices Post-Petition. 8/25/2003. (yms) (Entered: 08/26/2003) |
| 08/25/2003 | | Hearing Held RE: 8 Debtor's Motion For Order Authorizing and Approving 7 Cash Collateral Stipulation By Debtor CADKEY Corporation and Micro Control Systems, Inc. (yms) (Entered: 08/26/2003) |
| 08/25/2003 | 17 | INTERIM Order Authorizing and Approving (on an interim basis) re: 7 Cash Collateral Stipulation By Debtor CADKEY Corporation and Micro Control Systems, Inc. 8/25/2003. (yms) (Entered: 08/26/2003) |
| 08/25/2003 | | Hearing Held RE: 9 Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes. (yms) (Entered: 08/26/2003) |
| 08/25/2003 | 18 | Order Regarding 9 Debtor's Motion For Order (I) |

| | | |
|---|---|---|
| | | Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes. CONTINUED TO 9/9/03 AT 11:30 AM IN WORCESTER. 8/25/2003. (yms) (Entered: 08/26/2003) |
| 08/26/2003 | | Hearing Reset for 9/9/2003 at 11:30 AM Worcester Courtroom 4 for 9 Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes. (yms) (Entered: 08/26/2003) |
| 08/26/2003 | 19 | Notice of Appearance and Request for Notice by Livingston Davies for Micro Control Systems Inc. (yms) (Entered: 08/26/2003) |
| 08/27/2003 | | First Meeting of Creditors scheduled. 341(a) meeting to be held on 9/30/2003 at 10:30 AM at Worcester UST Office, 600 Main Street, Suite 202. (pf, USBC) (Entered: 08/27/2003) |
| 08/27/2003 | 20 | Court's Notice of 341 sent (pf, USBC) (Entered: 08/27/2003) |
| 08/27/2003 | 21 | Notice of Hearing Continued to 9/9/03 at 11:30 am Regarding 3,5 and 9 Filed by Debtor's counsel Aty. Wilton. (yms) (Entered: 08/27/2003) |
| 08/27/2003 | 22 | Affidavit of Service by Edward S. Graham for Debtor on all applications, affidavits and Endorsement Order granting Emergency Hearing. (yms) (Entered: 08/27/2003) |
| 08/27/2003 | | Hearing Contd for 9/9/2003 at 11:30 AM Worcester |

| | | |
|---|---|---|
| | | Courtroom 4 3 Debtor's Application For Order Authorizing Employment and Retention of Ropes & Gray LLP As Attorney for Debtor. (yms) (Entered: 08/27/2003) |
| 08/27/2003 | ❍ | Hearing continued for 9/9/2003 at 11:30 AM Worcester Courtroom 4 for 5 Debtor's Application For Order Authorizing Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor. (yms) (Entered: 08/27/2003) |
| 08/27/2003 | ❍ | Final Hearing scheduled for 9/23/2003 at 11:30 AM Worcester Courtroom 4 for 8 Debtor's Motion for Authorization to Use Cash Collateral. Objections due by 9/19/2003. (yms) (Entered: 08/27/2003) |
| 08/27/2003 | ❍23 | Affidavit of Service Re: Final Hearing scheduled for 9/23/2003 at 11:30 AM Worcester Courtroom 4 for 8 Debtor's Motion for Authorization to Use Cash Collateral. Objections due by 9/19/2003.(yms) (Entered: 08/27/2003) |
| 08/27/2003 | ❍24 | Notice of Entry of Utility Order and Notice of Hearing and Objection Deadline Filed by Debtor CADKEY Corporation. (yms) (Entered: 08/27/2003) |
| 08/28/2003 | ❍27 | Certificate of Service Re: 12; 18 and 17 Filed by Debtor CADKEY Corporation. (yms) (Entered: 08/29/2003) |
| 08/29/2003 | ❍25 | Debtor's Motion for an Order (A) AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee in connection with PROPOSED SALE OF Substantially ALL ASSETS of the Debtor Free and Clear of liens, claims, encumbrances and interests and Proposed Assumption and Assignment |

| | | |
|---|---|---|
| | | of Executory Contracts; (B) SCHEDULING A HEARING to consider Appproval of the Sale of Substantially All Assets of the Debtor and Assumption and Assignment of Executory Contracts; (C) PRESCRIBING the manner of NOTICE for such hearing; (D) AUTHORIZING and APPROVING ASSET PURCHASE AGREEMENT with INTERNATIONAL MICROCOMPUTER SOFTWARE, INC. or another bidder providing Higer or otherwise Better Offer; (E) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS free and clear of all liens, claims encumbrances and other interests; (F) AUTHORIZING THE ASSUMPTION AND ASIGNMENT of certain Executory Contracts; and (G) GRANTING other related relief. (Entered: 08/29/2003) |
| 08/29/2003 | 26 | Debtor's Motion For Expedited Hearing on 25 Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES and to be used in connection with the Sale of Debtor's Assets. (yms) (Entered: 08/29/2003) |
| 08/29/2003 | 28 | BNC Certificate of Mailing - Meeting of Creditors. Service Date 08/29/2003. (Related Doc # 20) (Admin.) (Entered: 08/30/2003) |
| 09/04/2003 | 29 | Certificate of Service on Documents: 25 and 26 Filed by Erin T. Fontana for Debtor CADKEY Corporation. (yms) (Entered: 09/04/2003) |
| 09/04/2003 | 30 | Endorsed Order Re: 26 Debtor's Motion For Expedited Hearing on 25 Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES to be used in connection with the Sale of Debtor's Assets. |

| | | |
|---|---|---|
| | | EXPEDITED DETERMINATION GRANTED. A HEARING ON THE MOTION IS SCHEDULED FOR 11:30 AM ON 9/9/03 IN WORCESTER. 9/4/2003. (yms) (Entered: 09/04/2003) |
| 09/04/2003 | ◯31 | Objection by Harold L. Bowers to 26 Debtor's Motion For Expedited Hearing on 25 Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES to be used in connection with the Sale of Debtor's Assets. c/s (yms) (Entered: 09/04/2003) |
| 09/04/2003 | ◯ | Hearing scheduled for 9/9/2003 at 11:30 AM Worcester Courtroom 4 RE: 25 Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES in connection with the sale of Debtor's Assets. (yms) (Entered: 09/04/2003) |
| 09/04/2003 | ◯35 | Notice of Appointment of Unsecured Creditors' Committee. John F. Ward added to case as Chairperson. c/s (yms) (Entered: 09/08/2003) |
| 09/05/2003 | ◯32 | Notice of Amendment to Engagement Letter Related to 5 Debtor's Application For Order Authorizing Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor to the Debtor. (yms) (Entered: 09/08/2003) |
| 09/05/2003 | ◯33 | Notice of Hearing on Debtor's Sale Motion. (yms) (Entered: 09/08/2003) |
| 09/05/2003 | ◯34 | Certificate of Service Re: 32 Notice of Amendment to Engagement Letter to Debtor's Application to Employ Schwartz Heslin Group, Inc. and 33 Notice of Hearing of Debtor's Sale Motion. (yms) (Entered: 09/08/2003) |
| | | |

| 09/08/2003 | ●36 | Limited Objection by Micro Control Systems Inc. to 25 Debtor's Motion for an Order (A) AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee in connection with PROPOSED SALE OF Substantially ALL ASSETS of the Debtor Free and Clear of liens, claims, encumbrances and interests and Proposed Assumption and Assignment of Executory Contracts; (B) SCHEDULING A HEARING to consider Appproval of the Sale of Substantially All Assets of the Debtor and Assumption and Assignment of Executory Contracts; (C) PRESCRIBING the manner of NOTICE for such hearing; (D) AUTHORIZING and APPROVING ASSET PURCHASE AGREEMENT with INTERNATIONAL MICROCOMPUTER SOFTWARE, INC. or another bidder providing Higer or otherwise Better Offer; (E) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS free and clear of all liens, claims encumbrances and other interests; (F) AUTHORIZING THE ASSUMPTION AND ASIGNMENT of certain Executory Contracts; and (G) GRANTING other related relief. c/s (yms) (Entered: 09/08/2003) |
|---|---|---|
| 09/08/2003 | ●37 | Objection by Harold L. Bowers to 25 Debtor's Motion for an Order (A) AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee in connection with PROPOSED SALE OF Substantially ALL ASSETS of the Debtor Free and Clear of liens, claims, encumbrances and interests and Proposed Assumption and Assignment of Executory Contracts; (B) SCHEDULING A HEARING to consider Appproval of the Sale of Substantially All Assets of the Debtor and Assumption and Assignment of Executory |

| | | |
|---|---|---|
| | | Contracts; (C) PRESCRIBING the manner of NOTICE for such hearing; (D) AUTHORIZING and APPROVING ASSET PURCHASE AGREEMENT with INTERNATIONAL MICROCOMPUTER SOFTWARE, INC. or another bidder providing Higer or otherwise Better Offer; (E) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS free and clear of all liens, claims encumbrances and other interests; (F) AUTHORIZING THE ASSUMPTION AND ASIGNMENT of certain Executory Contracts; and (G) GRANTING other related relief. c/s (yms) (Entered: 09/08/2003) |
| 09/08/2003 | 38 | Objection by Creditor Robert White to 26 Debtor's Motion For Expedited Hearing on 25 Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES and to be used in connection with the Sale of Debtor's Assets. c/s (yms) (Entered: 09/08/2003) |
| 09/08/2003 | 40 | Statement of Financial Affairs Filed by Debtor CADKEY Corporation. (yms) (Entered: 09/11/2003) |
| 09/08/2003 | 41 | Schedules A-H Filed by Debtor CADKEY Corporation. (yms) (Entered: 09/11/2003) |
| 09/08/2003 | 42 | Disclosure of Compensation of Debtor's counsel Attorney James M. Wilton in the amount of 52,057.38. (yms) (Entered: 09/11/2003) |
| 09/08/2003 | 43 | Exhibit A Filed by Debtor CADKEY Corporation. (yms) (Entered: 09/11/2003) |
| 09/08/2003 | 70 | Notice of Appearance and Request for Notice by Rhonda E. Rosenblum For Creditor American |

| | | |
|---|---|---|
| | | Express Travel Related Svcs Co Inc Corp Card (lc , ) (Entered: 09/25/2003) |
| 09/09/2003 | ❶39 | Limited Objection of Official Committee Of Unsecured Creditors to 25 Debtor's Motion for an Order (A) AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee in connection with PROPOSED SALE OF Substantially ALL ASSETS of the Debtor Free and Clear of liens, claims, encumbrances and interests and Proposed Ass umption and Assignment of Executory Contracts; (B) SCHEDULING A HEARING to consider Appproval of the Sale of Substantially All Assets of the Debtor and Assumption and Assignment of Executory Contracts; (C) PRESCRIBING the manner of NOTICE for such he aring; (D) AUTHORIZING and APPROVING ASSET PURCHASE AGREEMENT with INTERNATIONAL MICROCOMPUTER SOFTWARE, INC. or another bidder providing Higer or otherwise Better Offer; (E) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS free and clear of all lien s, claims encumbrances and other interests; (F) AUTHORIZING THE ASSUMPTION AND ASIGNMENT of certain Executory Contracts; and (G) GRANTING other related relief. (yms) (Entered: 09/09/2003) |
| 09/09/2003 | ❶44 | Motion For Admission of Frederic Meeker pro hac vice (as co-counsel for creditor Harold L. Bowers). (yms) (Entered: 09/11/2003) |
| 09/09/2003 | ❶ | Hearing Held RE: 25 Debtor's Motion for an Order (A) AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee in connection with PROPOSED SALE OF Substantially ALL |

| | | |
|---|---|---|
| | | ASSETS of the Debtor Free and Clear of liens, claims, encumbrances and interests and Proposed Assumption and Assignment of Executory Contracts; (B) SCHEDULING A HEARING to consider Appproval of the Sale of Substantially All Assets of the Debtor and Assumption and Assignment of Executory Contracts; (C) PRESCRIBING the manner of NOTICE for such hearing; (D) AUTHORIZING and APPROVING ASSET PURCHASE AGREEMENT with INTERNATIONAL MICROCOMPUTER SOFTWARE, INC. or another bidder providing Higer or otherwise Better Offer; (E) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS free and clear of all liens, claims encumbrances and other interests; (F) AUTHORIZING THE ASSUMPTION AND ASIGNMENT of certain Executory Contracts; and (G) GRANTING other related relief. (yms) (Entered: 09/11/2003) |
| 09/09/2003 | ❍45 | Order Regarding Re: 25 Debtor's Motion for Order Authorizing and Approving Bidding Procedure and Breakup Fee. CONTINUED TO 9/12/03 AT 2:00 PM IN SPRINGFIELD. 9/9/2003. (yms) (Entered: 09/11/2003) |
| 09/09/2003 | ❍ | Hearing Held RE: 3 Debtor's Application For Order Authorizing Employment and Retention of Ropes & Gray LLP As Debtor's Attorney. (yms) (Entered: 09/12/2003) |
| 09/09/2003 | ❍46 | Order Re: 3 Debtor's Application For Order Authorizing Employment and Retention of Ropes & Gray LLP As Debtor's Attorney. GRANTED. 9/9/2003. (yms) (Entered: 09/12/2003) |
| | ❍ | |

| 09/09/2003 | | Hearing Held RE: 9 Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes. (yms) (Entered: 09/12/2003) |
|---|---|---|
| 09/09/2003 | 47 | Order Re: 9 Debtor's Motion For Order (I) Authorizing Payment of Pre-Petition Employee Obligations and Continuation of Employee Benefit Plans and Programs Post-Petition; and (II) Confirming Authority to Pay Pre-Petition Sales, Use and Other Taxes. GRANTED. 9/9/2003. (yms) (Entered: 09/12/2003) |
| 09/09/2003 | | Hearing Held RE: 5 Debtor's Application For Order Authorizing Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor to the Debtor. (yms) (Entered: 09/12/2003) |
| 09/09/2003 | 48 | Order Re: 5 Debtor's Application For Order Authorizing Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor to the Debtor. GRANTED AS AMENDED; SEE ORDER OF EVEN DATE. 9/9/2003. (yms) (Entered: 09/12/2003) |
| 09/09/2003 | 49 | Order Authorizing 5 Employment and Retention of The Schwartz Heslin Group, Inc. as as Financial Advisor to the Debtor. (yms) (Entered: 09/12/2003) |
| 09/11/2003 | | Hearing cntd for 9/12/2003 at 02:00 PM Springfield Courtroom RE: 25 Debtor's Motion for Order Authorizing and Approving Bidding Procedure and Breakup Fee. (yms) (Entered: 09/11/2003) |
| 09/11/2003 | 54 | Endorsed Order Re: 44 Motion For Admission of |

| | | |
|---|---|---|
| | | Frederic Meeker pro hac vice (as co-counsel for creditor Harold L. Bowers. ALLOWED. 9/11/2003. (yms) (Entered: 09/15/2003) |
| 09/12/2003 | ❍55 | Order Approving 25 Bidding Procedures and Breakup Fee. 9/12/2003. (yms) (Entered: 09/15/2003) |
| 09/14/2003 | ❍50 | BNC Certificate of Mailing - PDF Document. Service Date 09/14/2003. (Related Doc # 46) (Admin.) (Entered: 09/15/2003) |
| 09/14/2003 | ❍51 | BNC Certificate of Mailing - PDF Document. Service Date 09/14/2003. (Related Doc # 47) (Admin.) (Entered: 09/15/2003) |
| 09/14/2003 | ❍52 | BNC Certificate of Mailing - PDF Document. Service Date 09/14/2003. (Related Doc # 49) (Admin.) (Entered: 09/15/2003) |
| 09/15/2003 | ❍53 | Application by Official Committee Of Unsecured Creditors For Order Approving Retention of Sherin and Lodgen LLP as Counsel to the Committee. c/s (yms) (Entered: 09/15/2003) |
| 09/15/2003 | ❍ | Sale Hearing scheduled for 10/20/2003 at 09:30 AM Worcester Courtroom 4 - RE: 25 Debtor's Motion to Sell. Objections due by 10/16/2003 at 04:30 PM. (yms) (Entered: 09/15/2003) |
| 09/16/2003 | ❍56 | Motion by Official Committee Of Unsecured Creditors to Limit Notice Re:53 Application to Employ Sherin and Lodgen LlP as counsel to the Committee. c/s (yms) (Entered: 09/17/2003) |
| 09/17/2003 | ❍57 | BNC Certificate of Mailing - PDF Document. Service Date 09/17/2003. (Related Doc # 54) (Admin.) (Entered: 09/18/2003) |

| 09/18/2003 | 58 | Endorsed Order Re: 56) Motion by Official Committee Of Unsecured Creditors to Limit Notice on 53 Application to Employ Sherin and Lodgen LlP as counsel to the Committee. GRANTED. HOWEVER, NOTICE SHALL ALSO INCLUDE ALL SECURED CREDITORS. 9/18/2003. (yms) (Entered: 09/19/2003) |
| --- | --- | --- |
| 09/19/2003 | 59 | Stipulation By and Between Micro Control Systems Inc., Official Committee Of Unsecured Creditors Micro Control Systems, Inc. (Re: 25 Debtor's Motion to Sell, , , ). (yms) (Entered: 09/19/2003) |
| 09/19/2003 | 60 | Assented-To Emergency Motion by Official Committee Of Unsecured Creditorsto For Approval of 59 Stipulation. (yms) (Entered: 09/19/2003) |
| 09/19/2003 | 61 | Motion by Official Committee Of Unsecured Creditors For Emergency Hearing (Re: 60 Motion to Approve). c/s (yms) (Entered: 09/19/2003) |
| 09/19/2003 | 62 | Limited Objection of Harold L. Bowers to 8 Debtor's Motion For Order Authorizing and Approving Cash Collateral Stipulation. c/s (yms) (Entered: 09/19/2003) |
| 09/19/2003 | 63 | Order Re: 61) Motion by Official Committee Of Unsecured Creditors For Emergency Hearing on 60 Motion to Approve. REQUEST FOR EMERGENCY HEARING IS GRANTED. HEARING IS SET FOR 9/23/03 AT 11:30 AM IN WORCESTER. MOVANT SHALL PROVIDE TELEPHONIC AND FAX NOTICE TO DEBTOR, ALL SECURED CREDITORS, TAXING AUTHORITIES, US TRUSTEE, AND ALL PARTIES WHO HAVE REQUESTED SERVICE. 9/19/2003. (yms) (Entered: 09/19/2003) |

| 09/19/2003 | ❶ | Hearing scheduled for 9/23/2003 at 11:30 AM Worcester Courtroom 4 for 60 Assented-To Emergency Motion by Official Committee Of Unsecured Creditors For Approval of 59 Stipulation. (yms) (Entered: 09/19/2003) |
| 09/19/2003 | ❶64 | Certificate of Service Re: Hearing scheduled for 9/23/2003 at 11:30 AM Worcester Courtroom 4 for 60 Assented-To Emergency Motion by Official Committee Of Unsecured Creditors For Approval of 59 Stipulation. (yms) (Entered: 09/19/2003) |
| 09/21/2003 | ❶65 | BNC Certificate of Mailing - PDF Document. Service Date 09/21/2003. (Related Doc # 58) (Admin.) (Entered: 09/22/2003) |
| 09/23/2003 | ❶66 | Limited Objection of Harold L. Bowers To 60 Emergency Motion of Official Committee Of Unsecured Creditors for Approval of Stipulation by and Between Creditors' Committee and Micro Control Systems, Inc. c/s (yms) (Entered: 09/23/2003) |
| 09/23/2003 | ❶67 | Certificate of Service by Michael Goldbery for Official Committee Of Unsecured Creditors Re: Hearing Scheduled for 60 Motion Approving Stipulation. (yms) (Entered: 09/23/2003) |
| 09/23/2003 | ❶ | Hearing Held RE: 60 Motion to Approve Stipulation with Micro Control Systems, Inc. by Official Committee Of Unsecured Creditors. (yms) (Entered: 09/24/2003) |
| 09/23/2003 | ❶68 | Order Re: 60 Motion to Approve Stipulation with Micro Control Systems, Inc. by Official Committee Of Unsecured Creditors. CONTINUED TO 9/26/03 AT 10:00 AM AT WORCESTER. 9/23/2003. |

| | | |
|---|---|---|
| | | (yms) (Entered: 09/24/2003) |
| 09/23/2003 | ◐ | Hearing Held RE: 8 Debtor's Motion For Order Authorizing and Approving 7 Cash Collateral.(yms) (Entered: 09/24/2003) |
| 09/23/2003 | ◐69 | Final Order Authorizing and Approving 7 Cash Collateral Stipulation. 9/23/2003. (yms) (Entered: 09/24/2003) |
| 09/24/2003 | ◐ | Hearing reset for 9/26/2003 at 10:00 AM Worcester Courtroom 4 RE: 60 Motion to Approve Stipulation with Micro Control Systems, Inc. by Official Committee Of Unsecured Creditors.(yms) (Entered: 09/24/2003) |
| 09/25/2003 | ◐71 | Notice by Harold L. Bowers to Withdraw 66 His Limited Objection To 60 Emergency Motion of Official Committee Of Unsecured Creditors for Approval of Stipulation by and Between Creditors' Committee and Micro Control Systems, Inc. c/s (yms) (Entered: 09/25/2003) |
| 09/25/2003 | ◐72 | Endorsed Order Re: 60 Assented-To Emergency Motion by Official Committee Of Unsecured Creditors For Approval of 59 Stipulation by and between Creditors' Committee and Micro Control Systems, Inc. GRANTED, THE OBJECTION OF HAROLD BOWERS HAVING BEEN WITHDRAWN. THE HEARING SET FOR 9/26/03 IS CANCELLED. 9/25/2003. (yms) (Entered: 09/25/2003) |
| 09/26/2003 | ◐73 | Emergency Motion by Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court Pursuant to 28 U.S.C. 157(d). c/s (yms) (Entered: 09/26/2003) |
| | | |

| 09/26/2003 | ●74 | Objection of Harold L. Bowers to 25 (A) The Juridiction of the Bankruptcy Court to Determine Issues of Copyright Law and Preside over a Jury Trial involving Bowers; (B) The Entry of a Sale Order Allowing the Sale of the Debtor's Assets Free and Clear of the Interest of Harold L. Bowers; and (C) The Entry of a Sale Order Determining that the Manufacture, Sale, Distribution and Licensing for Manufacture, Sale or Distribution of the Debtor's Assets Does Not Violate the District Court Injunction Dated July 12, 2001. c/s (yms) (Entered: 09/26/2003) |
|---|---|---|
| 09/26/2003 | ●75 | Certification of Transmittal of Reference to U.S. District Court RE: 73 Emergency Motion by Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court Pursuant to 28 U.S.C. 157(d). (yms) (Entered: 09/26/2003) |
| 09/26/2003 | ●76 | BNC Certificate of Mailing - PDF Document. Service Date 09/26/2003. (Related Doc # 69) (Admin.) (Entered: 09/27/2003) |
| 09/27/2003 | ●77 | BNC Certificate of Mailing - PDF Document. Service Date 09/27/2003. (Related Doc # 72) (Admin.) (Entered: 09/28/2003) |
| 09/29/2003 | ●78 | Motion For Order (Re: 74 Objection,, ) - *Debtor's Motion for Entry of an Order Scheduling a Hearing on the Objection of Harold L. Bowers to (a) Jurisdiction of the Bankruptcy Court to Determine Issues of Copyright Law and Preside Over a Jury Trial Involving Bowers; (b) Entry of a Sale Order Allowing the Sale of the Debtor's Assets Free and Clear of the Interest of Harold L. Bowers; and (c) the Entry of a Sale Order Determining that the Manufacture, Sale, Distribution and Licensing for* |

| | | |
|---|---|---|
| | | *Manufacture, Sale or Distribution of the Debtor's Assets Does Not Violate the District Court Injunction Dated July 12, 2001* Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 09/29/2003) |
| 09/29/2003 | 79 | Certificate of Service (Re: 55 Order on Motion To Sell). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 09/29/2003) |
| 09/29/2003 | 80 | Motion For Contempt - *Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing to Violate the Stay* Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 09/29/2003) |
| 09/29/2003 | 81 | Certificate of Service (Re: 80 Motion for Contempt,, 78 Motion for Order,, ). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 09/29/2003) |
| 09/29/2003 | 82 | Notice of 59 Stipulation by and between Official Committee Of Unsecured Creditors and Micro Control Systems, Inc. And Deadline for Objections Set Forth Therein. c/s (yms) (Entered: 09/29/2003) |
| 09/29/2003 | 103 | Stipulation By Creditor Micro Control Systems Inc. and Official Committee Of Unsecured Creditors Re: 25 Motion to Sell. (ab, usbc) (Entered: 10/17/2003) |
| 09/30/2003 | | Meeting of Creditors Held and Examination of Debtor. (la, USBC) (Entered: 10/01/2003) |
| 09/30/2003 | 83 | Order Re: 53 Application by Official Committee Of |

| | | |
|---|---|---|
| | | Unsecured Creditors For Order Approving Retention of Sherin and Lodgen LLP as Counsel to the Committee. ALLOWED. NO OBJECTIONS FILED. 9/30/2003. (yms) (Entered: 10/02/2003) |
| 09/30/2003 | | Meeting of Creditors Held and Examination of Debtor. (mjl, USBC) (Entered: 10/03/2003) |
| 10/02/2003 | 84 | Statement of Official Committee Of Unsecured Creditors In Support of 78 Debtor's Motion for Entry of an Order Scheduling a Hearing on the Objection of Harold L. Bowers. c/s (yms) (Entered: 10/03/2003) |
| 10/04/2003 | 85 | BNC Certificate of Mailing - PDF Document. Service Date 10/04/2003. (Related Doc # 83) (Admin.) (Entered: 10/05/2003) |
| 10/06/2003 | 86 | Hearing scheduled for 10/20/2003 at 09:15 AM Worcester Courtroom 4 - HJB for 80 Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing to Violate the Stay. (yms) (Entered: 10/06/2003) |
| 10/06/2003 | 87 | Court Certificate of Mailing RE: 86 Hearing scheduled for 10/20/2003 at 09:15 AM Worcester Courtroom 4 - HJB for 80 Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing to Violate the Stay. (yms) (Entered: 10/06/2003) |
| | | |