| 10/06/2003 | 88 | Certificate of Service - *Notice of Hearing set for October 20, 2003 at 9:15 am* (Re: 80 Motion for Contempt, ). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 10/06/2003) |
| --- | --- | --- |
| 10/07/2003 | 89 | Objection of Debtor To 73 Emergency Motion of Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court Pursuant to 28 U.S.C. 157(d). c/s (yms) (Entered: 10/07/2003) |
| 10/07/2003 | 90 | Certification of Transmittal of Reference to U.S. District Court RE: 73 Emergency Motion by Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court Pursuant to 28 U.S.C. 157(d). (yms) (Entered: 10/07/2003) |
| 10/09/2003 | 91 | Objection of Official Committee Of Unsecured Creditors to 73 Emergency Motion by Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court Pursuant to 28 U.S.C. 157(d). c/s (yms) (Entered: 10/09/2003) |
| 10/09/2003 | 92 | Certification of Transmittal of Reference to U.S. District Court of 91 Objection by Official Committee Of Unsecured Creditors to 73 Emergency Motion of Harold L. Bowers To Withdraw the Reference From the Bankruptcy Court. (yms) (Entered: 10/09/2003) |
| 10/09/2003 | 102 | Objection by Creditor Robert White Re: 78 Motion For Approval of Proposed Sale of Substantially all of the Debtor's Assets filed by Debtor CADKEY Corporation. c/s (ab) (Entered: 10/17/2003) |
| 10/09/2003 | 104 | Endorsed Order Approving 103 Stipulation filed by Official Committee Of Unsecured Creditors and Creditor Micro Control Systems Inc. (ab, usbc) |

| | | (Entered: 10/17/2003) |
|---|---|---|
| 10/10/2003 | ➲93 | Motion For Order - *Motion of Debtor for an Order under 11 U.S.C. ss. 105(a) and 362(a) Extending Automatic Stay to Claims Asserted against Officers of the Debtor* Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 10/10/2003) |
| 10/10/2003 | ➲94 | Motion to Expedite Hearing (Re: 93 Motion for Order) - *Debtor's Motion for Expedited Hearing on Motion of Debtor for an Order under 11 U.S.C. ss. 105(a) and 362(a) Extending Automatic Stay to Claims Asserted against Officers of the Debtor* Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 10/10/2003) |
| 10/10/2003 | ➲95 | Certificate of Service (Re: 93 Motion for Order, 94 Motion to Expedite Hearing, ). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 10/10/2003) |
| 10/14/2003 | ➲96 | Endorsed Order RE: 93 Motion of Debtor for an Order under 11 U.S.C. ss. 105(a) and 362(a) Extending Automatic Stay to Claims Asserted against Officers of the Debtor. DENIED. THE DISTRICT COURT IS FULLY COMPETENT, WITHOUT ASSISTANCE FROM THIS COURT, TO IDENTIFY ANY MISTATEMENTS AND/OR FRIVOLOUS REQUESTS MADE BY HAROLD BOWERS. AND, TO THE EXTENT THAT SUCH REQUESTS ARE FRIVOLOUS AND/OR STATEMENTS INACCURATE, THE RESPONSE THERETO OUGHT NEITHER TO BE TIME CONSUMING NOR COSTLY. (ps, ) (Entered: 10/14/2003) |
| 10/14/2003 | ➲97 | Endorsed Order RE: 94 Motion to Expedite Hearing |

| | | |
|---|---|---|
| | | (Re: 93 Motion for Order) - Debtor's Motion for Expedited Hearing on Motion of Debtor for an Order under 11 U.S.C. ss. 105(a) and 362(a) Extending Automatic Stay to Claims Asserted against Officers of the Debtor. MOOT. SEE ORDER OF EVEN DATE. (ps, ) (Entered: 10/14/2003) |
| 10/14/2003 | 98 | Opposition by Creditor Acuity, Inc. Re: 80 Motion for Entry of Order Seeking Civil Contempt, Sanctions and Injunction filed by Debtor CADKEY Corporation. c/s (sas, usbc) (Entered: 10/16/2003) |
| 10/16/2003 | 99 | Response (To: 74 Objection,, filed by Creditor Harold L. Bowers, Hearing Scheduled) - *Debtor's Verified Pre-hearing Memorandum in Response to the Objection of Harold L. Bowers to (A) Jurisdiction of the Bankruptcy Court to Determine Issues of Copyright Law and Preside over a Jury Trial Involving Bowers, (B) Entry of a Sale Order Allowing the Sale of the Debtor's Assets Free and Clear of the Interest of Harold L. Bowers, and (C) the Entry of a Sale Order Determining that the Manufacture, Sale Distribution and Licensing for Manufacture, Sale or Distribution of the Debtor's Assets does not Violate the District Court Injunction Dates July 12, 2001 [Docket No. 74]* by Debtor CADKEY Corporation Re: 74 Objection,, filed by Creditor Harold L. Bowers, Hearing Scheduled (Attachments: # 1 Exhibit A- Wade Affidavit# 2 Exhibit B- Termination Notice# 3 Exhibit C- Screen Shots) (Wilton, James) (Entered: 10/16/2003) |
| 10/16/2003 | 100 | Limited Objection by Creditor Kubotek Corporation Re: 25 Motion for an Order Authizing the Sale of the Debtor's Assets Free and Clear of all |

| | | |
|---|---|---|
| | | Liens, Claims, Encumbrances and Other Intersts; and Authorizing the Assumption and Assignment of of Certain Executory Contracts filed by Debtor CADKEY Corporation. c/s (ab) (Entered: 10/16/2003) |
| 10/16/2003 | 101 | Certificate of Service (Re: 99 Response,,, ). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 10/16/2003) |
| 10/16/2003 | 105 | Notice of Submission of Bid Filed by Creditor Kubotek Corporation Re: 25 Motion to Sell Filed by Creditor Kubotek Corporation. c/s (ab, usbc) (Entered: 10/17/2003) |
| 10/16/2003 | 107 | Objection by Creditor Harold L. Bowers Re: 25 Debtor's Motion For Approval of A Sale Substantially All Assets of The Debtor Free and Clear of Liens, Claims And Encumbrances. (ds, usbc) (Entered: 10/17/2003) |
| 10/17/2003 | 106 | Debtor's Verified Pre-Hearing Memorandum in Response To: 74 Objection of Harold L. Bowers To (A) Jurisdiction of The Bankruptcy Court To Determine Issues of CopyRight Law and Preside Over A Jury Trial Involving Bowers; (B) Entry of Sale Order Allowing The Sale of The Debtor's Assets Free and Clear of The Interest of Harold L. Bowers; and (C) The Entry of Sale Order Determining That the Manufacture, Sale, Distribution and Licensing For Manufacture, Sale or Distribution of The Debtor's Assets Does Not Vilate The District Court Injunction Dated July 12, 2001 (ds, usbc) (Entered: 10/17/2003) |
| 10/19/2003 | 108 | BNC Certificate of Mailing - PDF Document. Service Date 10/19/2003. (Related Doc # 104) |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 10/20/2003) |
| 10/20/2003 | | Hearing Held RE: 25 Debtor's Motion for Order Approving the Sale of Assets. (yms, usbc) (Entered: 11/07/2003) |
| 10/23/2003 | 122 | Stipulation Dated 10/23/03 By and Among Debtor, Harold L. Bowers and the Official Committee of Unsecured Creditors And APPROVED by United States District Court Judge Nathaniel M. Gorton Respecting the Withdrawal of the 73 Harold L. Bowers' Emergency Motion to Withdraw The Reference From the Bankruptcy Court Pursuant to 28 USC 157(d). (yms, usbc) (Entered: 11/07/2003) |
| 10/27/2003 | 120 | Order Dated 10/27/03 Establishing Supplemental Procedures for Auction of Debtor's Assets (Re: 25). (yms, usbc) (Entered: 11/07/2003) |
| 10/30/2003 | 109 | Order Enjoining Acuity, Inc. From Taking Certain Actions in Violation of the Automatic Stay (Re: 80 Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions Against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. From Continuing to Violate the Stay. 10/30/2003. (yms, usbc) (Entered: 10/31/2003) |
| 10/30/2003 | 110 | Transcript Of Hearing Held On September 12, 2003 25 RE: Debtor's Motion for an Order AUTHORIZING and APPROVING BIDDING PROCEDURES and Breakup Fee (lc, usbc) (Entered: 11/03/2003) |
| 10/30/2003 | 119 | Order Dated 10/30/03 on 25 Debtor's Motion for Order Approving the Sale of Assets. CONTINUED |

| | | GENERALLY. (yms, usbc) (Entered: 11/07/2003) |
|---|---|---|
| 10/31/2003 | ◗ | Pre Hearing Conference scheduled for 11/25/2003 at 11:30 AM Worcester Courtroom 4 - HJB on the remaining issues raised in 80 Debtor's Motion for Order finding Acuity, Inc. in Civil Contempt. (yms, usbc) (Entered: 10/31/2003) |
| 11/04/2003 | ◗111 | Motion For Expedited Determination - *Emergency Motion of Debtor for Approval of Stipulation Providing for Continued Use of Cash Collateral* Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/04/2003) |
| 11/04/2003 | ◗112 | Motion to Expedite Hearing (Re: 25 Motion to Sell,,,, 111 Motion for Expedited Determination) - *Debtor's Motion for Emergency Hearing on (I) Debtor's Emergency Motion for Approval of Stipulation Providing for Continued Use of Cash Collateral, and (II) Debtor's Sale Motion* Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/04/2003) |
| 11/04/2003 | ◗113 | Certificate of Service (Re: 112 Motion to Expedite Hearing,, 111 Motion for Expedited Determination). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/04/2003) |
| 11/04/2003 | ◗115 | Transcript Of Hearing Held On October 20, 2003 RE: 78 MOTION For Approval Of Proposed Sale Of Substantially All Of The Debtor's Assets Filed By Debtor Cadkey Corporation.(lc, usbc) (Entered: 11/05/2003) |
| 11/04/2003 | ◗116 | Transcript Of Hearing Held On October 20, 2003 RE: 80 Debtor's Motion For Entry Of Order Seeking Civil Contempt, Sanctions, And Injunction. (lc, |

| | | |
|---|---|---|
| | | usbc) (Entered: 11/05/2003) |
| 11/05/2003 | 114 | Amended Certificate of Service (Re: 112 Motion to Expedite Hearing,, 113 Certificate of Service, 111 Motion for Expedited Determination). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/05/2003) |
| 11/05/2003 | 117 | Order Dated 11/5/03 Granting 112 Debtor's Motion for Emergency Hearing on The Continued Cash Collateral and Sale Motion. (yms, usbc) (Entered: 11/05/2003) |
| 11/05/2003 | | Hearing scheduled for 11/6/2003 at 02:00 PM Worcester Courtroom 4 for 8 Continued Use of Cash Collateral and Sale Motion. (yms, usbc) (Entered: 11/05/2003) |
| 11/06/2003 | | Hearing Held Re: 111 Debtor's Emergency Motion for Approval of Stipulation Providing for Continued Use of Cash Collateral. (yms, usbc) (Entered: 11/06/2003) |
| 11/06/2003 | 118 | Order Dated 11/6/03 Authorizing and Approving 111 Stipulation Providing for Continued Use of Cash Collateral. (see Order for full text). (yms, usbc) (Entered: 11/06/2003) |
| 11/06/2003 | | Hearing continued to for 11/17/2003 at 09:00 AM Worcester Courtroom 4 for 8 Continued Use of Cash Collateral. (yms, usbc) (Entered: 11/06/2003) |
| 11/06/2003 | 121 | Order Dated 11/6/03 (i)Approving And Authorizing 25 Sale of Substantially All of Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (ii)Approving the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and |

| | | |
|---|---|---|
| | | (iii)Granting Related Relief. (yms, usbc) (Entered: 11/07/2003) |
| 11/08/2003 | 123 | BNC Certificate of Mailing - PDF Document. Service Date 11/08/2003. (Related Doc # 118) (Admin.) (Entered: 11/09/2003) |
| 11/09/2003 | 124 | BNC Certificate of Mailing - PDF Document. Service Date 11/09/2003. (Related Doc # 121) (Admin.) (Entered: 11/10/2003) |
| 11/13/2003 | 125 | Emergency Motion For Order - *Emergency Motion of Debtor for Approval of Stipulation Providing for Continued Use of Cash Collateral* Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/13/2003) |
| 11/14/2003 | 126 | Notice of Appeal Filed by Creditor Robert White RE: 121 Order Dated 11/6/03 (i)Approving And Authorizing 25 Sale of Substantially All of Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (ii) Approving the Assumption and Assignment of Certain Unexpired Le ases and Executory Contracts; and (iii)Granting Related Relief. Appellant Designation due by 11/24/2003. Compiled Records Due by 12/9/2003. Transmission of Designation Due by 12/15/2003. (Receipt Number 515957, Fee Amount $225.00).(yms, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 127 | Notice of Election of Appeal to District Court Filed by Creditor Robert White. (yms, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 128 | Notice of Appeal to District Court RE: 126 Notice of Appeal filed by Creditor Robert White. (yms, |

|  |  |  |
|---|---|---|
|  |  | usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 129 | Clerk's Notice of Fees (balance of $30.00) Due RE: 126 Notice of Appeal filed by Creditor Robert White. Fee due by 11/24/2003. (yms, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 130 | Court Certificate of Mailing RE: 128 Notice of Appeal to District Court. (yms, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 135 | Certificate of Service Filed by Creditor Robert White Re: 126 Notice of Appeal. (yms, usbc) (Entered: 11/17/2003) |
| 11/15/2003 | 131 | Certificate of Service (Re: 125 Motion for Order). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/15/2003) |
| 11/16/2003 | 132 | Motion For Expedited Determination (Re:121 Order on Motion To Sell, ) - *Emergency Motion of Debtor for an Order Enforcing the Terms of the Sale Order dated November 6, 2003* Filed by Debtor CADKEY Corporation (Attachments: # 1 Proposed Order) (Wilton, James) (Entered: 11/16/2003) |
| 11/16/2003 | 133 | Motion to Expedite Hearing (Re: 132 Motion for Expedited Determination, ) - *Debtor's Motion for Emergency Hearing on Emergency Motion of Debtor for an Order Enforcing the Terms of the Sale Order dated November 6, 2003* Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 11/16/2003) |
| 11/16/2003 | 134 | Certificate of Service (Re: 132 Motion for Expedited Determination,, 133 Motion to Expedite Hearing, ). Filed by Debtor CADKEY Corporation |

| | | |
|---|---|---|
| | | (Wilton, James) (Entered: 11/16/2003) |
| 11/17/2003 | ●136 | Supplemental Certificate of Service (Re: 132 Motion for Expedited Determination,, 133 Motion to Expedite Hearing, ). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 11/17/2003) |
| 11/17/2003 | ●137 | Certificate of Service *re: Notice of Emergency Hearing scheduled for 10:00 am on November 18, 2003 in Courtroom 4 in Boston* (Re: 133 Motion to Expedite Hearing, ). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 11/17/2003) |
| 11/17/2003 | ●138 | Emergency Motion of Hinckley, Allen and Snyder LLP For Leave of Court to Withdraw as Counsel To Harold L. Bowers (ds, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | ●139 | Motion For Emergency Hearing Re: 138 Emergency Motion of Hinkley, Allen and Snyder LLP For Leave of Court to Withdraw As Counsel to Harold L. Bowers. (ds, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | ●140 | Order dated 11/17/03 Regarding 139 Motion For Emergency Hearing on 138 Emergency Motion of Hinckley, Allen and Synder LLp For Leave of Court To Withdraw As Counsel To Harold L. Bowers. ALLOWED. THE UNDERLYING MOTION TO WITHDRAW AS COUNSEL IS SCHEDULED FOR HEARING ON TUESDAY, NOVEMBER 18, 2003 AT 9:30 AM IN COURTROOM NO. 4 IN BOSTON. THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING AND THE UNDERLYING MOTION FORTHWITH, BY TELEPHONE AND FACSIMILE WHERE POSSIBLE, TO THE PARTIES IDENTIFIED ON "EXHIBIT A" |

| | | |
|---|---|---|
| | | ATTACHED TO THIS PROCEEDING MEMORANDUM (TAKEN FROM NOTICE OF EMERGENCY HEARING RE: MOTION FOR ORDER ENFORCING TERMS OF SALE ORDER OF NOVEMBER 6, 2003. (ds, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | ◑143 | Endorsed Order Dated 11/17/03 RE: 139 Motion of Hinkley, Allen and Snyder LLP For Emergency Hearing for 138 Emergency Motion For Leave of Court to Withdraw As Counsel to Harold L. Bowers. ALLOWED. A HEARING ON THE MOTION TO WITHDRAW AS COUNSEL IS HEREBY SCHEDULED FOR 11/18/03 AT 9:30 AM IN COURTROOM 4 IN BOSTON. MOVANT MUST NOTICE BY TELEPHONE AND FAX. (yms, usbc) (Entered: 11/20/2003) |
| 11/17/2003 | ◑ | Hearing Held RE: 8 Debtor's Motion for Continued Use of Cash Collateral. (yms, usbc) (Entered: 11/20/2003) |
| 11/17/2003 | ◑146 | Order Dated 11/17/03 Re: 125 Debtor's Motion for Continued Use of Cash Collateral. SEE ORDER OF EVEN DATE. (yms, usbc) (Entered: 11/20/2003) |
| 11/17/2003 | ◑147 | Order Dated 11/17/03 Authorizing and Approving 125 Stipulation Providing For Continued Use of Cash Collateral. (yms, usbc) (Entered: 11/20/2003) |
| 11/18/2003 | ◑141 | Certificate of Service by Jennifer Doran Regarding Hearing on 138 Motion to Withdraw as Attorney. (yms, usbc) (Entered: 11/18/2003) |
| 11/18/2003 | ◑142 | Notice by Frederic M. Meeker of Banner & Witcoff, Ltd. to the Court of Its Limited |

| | | |
|---|---|---|
| | | Representation of Harold L. Bowers. c/s (yms, usbc) (Entered: 11/18/2003) |
| 11/18/2003 | ● | Hearing Held RE: <u>138</u> Emergency Motion of Hinkley, Allen and Snyder LLP For Leave of Court to Withdraw As Counsel to Harold L. Bowers. (yms, usbc) (Entered: 11/20/2003) |
| 11/18/2003 | ●<u>144</u> | Order Dated 11/18/03 Re: <u>138</u>) Emergency Motion of Hinkley, Allen and Snyder LLP For Leave of Court to Withdraw As Counsel to Harold L. Bowers. DENIED WITHOUT PREJUDICE. (yms, usbc) (Entered: 11/20/2003) |
| 11/18/2003 | ●<u>145</u> | Order Dated 11/18/03 <u>132</u> Enforcing the Terms of the Sale Order Dated November 6, 2003. (yms, usbc) (Entered: 11/20/2003) |
| 11/20/2003 | ● | Hearing scheduled for 11/25/2003 at 11:30 AM Worcester Courtroom 4 for <u>8</u>Debtor's Continued Use of Cash Collateral. (yms, usbc) (Entered: 11/20/2003) |
| 11/22/2003 | ●<u>148</u> | BNC Certificate of Mailing - PDF Document. Service Date 11/22/2003. (Related Doc # <u>144</u>) (Admin.) (Entered: 11/23/2003) |
| 11/22/2003 | ●<u>149</u> | BNC Certificate of Mailing - PDF Document. Service Date 11/22/2003. (Related Doc # <u>145</u>) (Admin.) (Entered: 11/23/2003) |
| 11/24/2003 | ●<u>150</u> | Affidavit of Erin T. Fontana *regarding Costs Incurred in Connection with Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. from Continuing to Violate* |

| | | |
|---|---|---|
| | | *the Stay* (Re: <u>80</u> Motion for Contempt,, <u>109</u> Order on Motion for Contempt, ). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/24/2003) |
| 11/24/2003 | <u>151</u> | Motion For Expedited Determination (Re:<u>121</u> Order on Motion To Sell, ) - *Emergency Motion of Debtor for an Order (i) Enforcing the Terms of the Sale Order dated November 6, 2003 by Compelling Kubotek Corporation to Close based on Satisfaction of Conditions, and (ii) Determining Harold L. Bowers to be in Civil Contempt and Directing that Distributions to Bowers be Paid into the Registry of the Court pending Resolutoin of Claims* Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/24/2003) |
| 11/24/2003 | <u>152</u> | Motion to Expedite Hearing (Re: <u>151</u> Motion for Expedited Determination, ) - *Debtor's Motion for Emergency Hearing on Emergency Motion of Debtor for an Order (i) Enforcing the Terms of the Sale Order dated November 6, 2003 by Compelling Kubotek Corporation to Close based on Satisfaction of Conditions, and (ii) Determining Harold L. Bowers to be in Civil Contempt and Directing that Distributions to Bowers be Paid into the Registry of the Court pending Resolutoin of Claims* Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/24/2003) |
| 11/24/2003 | <u>153</u> | Certificate of Service (Re: <u>151</u> Motion for Expedited Determination,, <u>152</u> Motion to Expedite Hearing,, ). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/24/2003) |
| 11/24/2003 | | Receipt Number 516310, Balance Amount $30.00 RE: <u>126</u> Notice of Appeal filed by Creditor Robert |

| | | |
|---|---|---|
| | | White. (yms, usbc) (Entered: 11/25/2003) |
| 11/24/2003 | ❂157 | Appellant Robert White's Designation of Contents For Inclusion in Record On Appeal 126 and Statement of Issues. c/s (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ❂154 | Notice of Appeal Filed by (Pro Se) Creditor Harold L. Bowers (RE: 121 Order on Motion To Sell.. and 145 Enforcing Terms of the Sale. Appellant Designation due by 12/5/2003. Compiled Records Due by 12/22/2003. Transmission of Designation to District Court Due by 12/26/2003. (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ❂155 | Notice of Election of Appeal (to District Court) Filed by Creditor Harold L. Bowers (RE: Notice of Appeal Filed by (Pro Se) Creditor Harold L. Bowers on 121 Order on Motion To Sell.. and 145 Enforcing Terms of the Sale. c/s (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ❂156 | Clerk's Notice of Fees Due RE: 154 Notice of Appeal filed by Creditor Harold L. Bowers. Fee due by 12/5/2003. (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ❂ | Receipt Number 516328, Fee Amount $255.00 RE: 154 Notice of Appeal filed by Creditor Harold L. Bowers. (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ❂158 | Stipulation By Debtor CADKEY Corporation Micro Control Systems, Inc. - *Amended Cash Collateral Stipulation*. Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/25/2003) |
| 11/25/2003 | ❂159 | Notice of Appeal to District Court RE: 154 Notice of Appeal Filed by (Pro Se) Creditor Harold L. Bowers on 121 Order on Motion To Sell.. and 145 |

| | | |
|---|---|---|
| | | Enforcing Terms of the Sale. (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ◑160 | Court Certificate of Mailing RE: 159 Notice of Appeal to District Court. (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ◑161 | Joint Expedited Motion Filed by Debtor and Official Committee Of Unsecured Creditors For Appointment of Creditors Committee as Representative of the Estate for the Purpose of Adjudicating Claims by and/or Against Robert White. c/s (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ◑162 | Joint Motion Filed by Debtor and Official Committee Of Unsecured Creditors for Expedited Hearing Re: 161 Motion for Appointment of Creditors Committee as Representative of the Estate for the Purposes of Adjudicating Claims by and/or Against Robert White. c/s (yms, usbc) (Entered: 11/25/2003) |
| 11/25/2003 | ◑163 | Certificate of Service - *Certificate of Service re: Hearing Notice for December 1, 2003 and Amended Cash Collateral Stipulation* (Re: 158 Stipulation). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/25/2003) |
| 11/25/2003 | ◑164 | Objection of Harold L. Bowers to 152 Debtor's Emergency Motion for an Order (i) Enforcing the Terms of the Sale Order dated November 6, 2003 by Compelling Kubotek Corporation to Close based on Satisfaction of Conditions, and (ii) Determining Harold L. Bowers to be in Civil Contempt and Directing that Distributions to Bowers be Paid into the Registry of the Court pending Resolutoin of Claims. c/s (yms, usbc) (Entered: 11/25/2003) |
| | | |

| | | |
|---|---|---|
| 11/25/2003 | ●176 | Order Dated 11/25/03 Re: 158 Amended Cash Collateral Stipulation. THE AMENDED CASH COLLATERAL STIPULATION IS APPROVED. HEARING ON THE FURTHER USE OF CASH COLLATERAL IS SET FOR DECEMBER 1, 2003 AT 10:00 A.M. IN WORCESTER. (yms, usbc) (Entered: 12/02/2003) |
| 11/25/2003 | ●177 | Order Dated 11/25/03 Re: 152 Debtor's Emergency Motion for Hearing on 151 Motion to Enforce Terms of the Sale Order of November 6, 2003. GRANTED. THE HEARING IS SET FOR DECEMBER 1, 2003 AT 10:00 AM IN WORCESTER. THE HEARING MAY BE EVIDENTIARY. DEBTOR IS TO NOTICE THAT HEARING FORTHWITH. (yms, usbc) (Entered: 12/02/2003) |
| 11/25/2003 | ● | Hearing scheduled for 12/1/2003 at 10:00 AM Worcester Courtroom 4 RE: 152 Debtor's Motion For Expedited Hearing (Re: 151 Debtor's Motion for Emergency Hearing on Emergency Motion for an Order (i) Enforcing the Terms of the Sale Order dated November 6, 2003 by Compelling Kubotek Corporation to Close based on Satisfaction of Conditions, and (ii) Determining Harold L. Bowers to be in Civil Contempt and Directing that Distributions to Bowers be Paid into the Registry of the Court pending Resolutoin of Claims. (yms, usbc) (Entered: 12/02/2003) |
| 11/25/2003 | ● | Hearing Held RE: 80 Motion For Contempt - Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing |

| | | |
|---|---|---|
| | | to Violate the Stay. (yms, usbc) (Entered: 12/02/2003) |
| 11/25/2003 | ●180 | Order Dated 11/25/03 Re: 80 Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay. THE PRE-HEARING CONFERENCE IS RESCHEDULED TO DECEMBER 1, 2003 AT 10:00 A.M. IN WORCESTER. EACH OF COUNSEL TO THE DEBTOR AND COUNSEL TO ACUITY, INC. IS SANCTIONED IN THE AMOUNT OF $100.00 ON ACCOUNT OF THEIR FAILURE TO COMPLY WITH MBLR 5071-1, SUCH PAYMENT TO BE MADE WITHIN 30 DAYS TO THE CLERK OF THIS COURT. (yms, usbc) (Entered: 12/02/2003) |
| 11/25/2003 | ● | Pre-Hearing Conference scheduled for 12/1/2003 at 10:00 AM Worcester Courtroom 4 RE: 80 Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing to Violate the Stay. (yms, usbc) (Entered: 12/02/2003) |
| 11/26/2003 | ●165 | Hearing Scheduled for 12/1/2003 at 09:30 AM Worcester Courtroom 4 - HJB Re: 151 Emergency Motion of Debtor for an Order (i) Enforcing the Terms of the Sale Order dated November 6, 2003 by Compelling Kubotek Corporation to Close based on Satisfaction of Conditions, and (ii) Determining Harold L. Bowers to be in Civil Contempt and Directing that Distributions to Bowers be Paid into |

| | | |
|---|---|---|
| | | the Registry of the Court pending Resolutoin of Claims Filed by Debtor CADKEY Corporation. (sas, usbc) (Entered: 11/26/2003) |
| 11/26/2003 | ⊙166 | Court Certificate of Mailing of 165 Hearing Scheduled Re: 151 Emergency Motion of Debtor for an Order (i) Enforcing the Terms of the Sale Order dated November 6, 2003 by Compelling Kubotek Corporation to Close based on Satisfaction of Conditions, and (ii) Determining Harold L. Bowers to be in Civil Contempt and Directing that Distributions to Bowers be Paid into the Registry of the Court pending Resolutoin of Claims Filed by Debtor CADKEY Corporation. (sas, usbc) (Entered: 11/26/2003) |
| 11/26/2003 | ⊙167 | Certificate of Service *regarding Amended Notice of Hearing Scheduled for December 1, 2003 at 9:30 a.m.* (Re: 165 Hearing Scheduled, ). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/26/2003) |
| 11/26/2003 | ⊙ | Hearing scheduled for 12/1/2003 at 10:00 AM Worcester Courtroom 4 RE: 161 Joint Motion by Debtor and Official Committee Of Unsecured Creditors For Appointment of Creditors Committee as Representative of the Estate for the Purpose of Adjudicating Claims by and/or Against Robert White. (yms, usbc) (Entered: 11/26/2003) |
| 11/26/2003 | ⊙168 | Certificate of Service by Michael Goldberg for Creditros' Committee Re: Hearing scheduled for 12/1/2003 at 10:00 AM Worcester Courtroom 4 on 161 Joint Motion by Debtor and Official Committee Of Unsecured Creditors For Appointment of Creditors Committee as Representative of the Estate for the Purpose of Adjudicating Claims by and/or |

| | | |
|---|---|---|
| | | Against Robert White. (yms, usbc) (Entered: 11/26/2003) |
| 11/26/2003 | ◑169 | Motion to Approve - *Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Fed. R. Bankr. P. 9019 for Entry of an Order Approving Settlement with Acuity, Inc.* Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/26/2003) |
| 11/26/2003 | ◑170 | Certificate of Service (Re: 169 Motion to Approve). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 11/26/2003) |
| 12/01/2003 | ◑171 | Motion Filed by Creditor Harold L. Bowers For Extension of time to File Appeal. c/s (yms, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ◑172 | Affidavit of Harold L. Bowers (Re: 154 Notice of Appeal). (yms, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ◑173 | Endorsed Order Dated 12/1/03 Re: 171 Motion by Creditor Harold L. Bowers For Extension of time to File Appeal. DENIED. THIS COURT DOES NOT HAVE THE DISCRETION TO EXTEND THE DEADLINE WITHIN WHICH AN ORDER AUTHORIZING A SALE ORDER UNDER 11 USC 363 MAY BE APPEALED. SEE Fed.R. Bankr.P. 8002(c)(1)(B). (yms, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ◑174 | Order Dated 12/1/03 RE: 154 Notice of Appeal filed by Creditor Harold L. Bowers. (yms, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ◑ | Hearing Held RE: 8 Debtor's Request for (Further) Use of Cash Collateral.(yms, usbc) (Entered: 12/02/2003) |

| 12/01/2003 | ⦿175 | Order Dated 12/1/03 Regarding 8 Debtor's Request for (Further) Use of Cash Collateral. ALLOWED THROUGH DECEMBER 5, 2003 PURSUANT TO COMMENTS AT CLOSE OF HEARING INCORPORATED BE REFERENCE. (yms, usbc) (Entered: 12/02/2003) |
|---|---|---|
| 12/01/2003 | ⦿178 | Order Dated 12/1/03 Enforcing The Terms of The Sale Order Dated November 6, 2003.... . (yms, usbc) (Entered: 12/02/2003) |
| 12/01/2003 | ⦿ | Hearing Held RE: 161 Joint Expedited Motion Filed by Debtor and Official Committee Of Unsecured Creditors For Appointment of Creditors Committee as Representative of the Estate for the Purpose of Adjudicating Claims by and/or Against Robert White. (yms, usbc) (Entered: 12/02/2003) |
| 12/01/2003 | ⦿179 | Order Dated 12/1/03 re: 161 Joint Expedited Motion Filed by Debtor and Official Committee Of Unsecured Creditors For Appointment of Creditors Committee as Representative of the Estate for the Purpose of Adjudicating Claims by and/or Against Robert White. GRANTED. (yms, usbc) (Entered: 12/02/2003) |
| 12/03/2003 | ⦿181 | Motion by Harold L. Bowers For Voluntary Dismissal of 154 Appeal. c/s (yms, usbc) (Entered: 12/03/2003) |
| 12/03/2003 | ⦿182 | Motion of Hinckley, Allen & Snyder LLP For Leave of Court To Withdraw as Counsel to Harold L. Bowers. c/s (yms, usbc) (Entered: 12/03/2003) |
| 12/03/2003 | ⦿183 | BNC Certificate of Mailing - PDF Document. Service Date 12/03/2003. (Related Doc # 173) (Admin.) (Entered: 12/04/2003) |

| 12/03/2003 | ◗184 | BNC Certificate of Mailing - PDF Document. Service Date 12/03/2003. (Related Doc # 174) (Admin.) (Entered: 12/04/2003) |
|---|---|---|
| 12/03/2003 | ◗185 | Endorsed Order Dated 12/3/03 Re: 181 Motion by Harold L. Bowers For Voluntary Dismissal of 154 Appeal. ALLOWED. (yms, usbc) (Entered: 12/04/2003) |
| 12/03/2003 | ◗199 | Appellee (Unsecured Creditors Committee) Designation of Additional Items to be Included in the Record On Appeal. c/s (yms, usbc) (Entered: 12/09/2003) |
| 12/04/2003 | ◗186 | BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # 175) (Admin.) (Entered: 12/05/2003) |
| 12/04/2003 | ◗187 | BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # 178) (Admin.) (Entered: 12/05/2003) |
| 12/04/2003 | ◗188 | BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # 179) (Admin.) (Entered: 12/05/2003) |
| 12/04/2003 | ◗189 | BNC Certificate of Mailing - PDF Document. Service Date 12/04/2003. (Related Doc # 180) (Admin.) (Entered: 12/05/2003) |
| 12/05/2003 | ◗190 | First Application for Compensation - *First Interim Application for Compensation and Reimbursement of Expenses of Ropes & Gray LLP as Counsel to the Debtor* for James M. Wilton, Debtor's Attorney, Period: 8/22/2003 to 11/30/2003, Fee: $391,748.50, Expenses: $20,156.85. Filed by Attorney James M. Wilton (Attachments: # 1 Exhibits A and A-1# 2 Exhibit B) (Wilton, James) (Entered: 12/05/2003) |

| 12/05/2003 | ⦿191 | Exhibit - *Exhibit C to First Interim Application for Compensation and Reimbursement of Expenses of Ropes & Gray LLP as Counsel to the Debtor* (Re: 190 Application for Compensation, ). Filed by Debtor CADKEY Corporation (Attachments: # 1 Ex C part 2 of 7# 2 Ex C part 3 of 7# 3 Ex C part 4 of 7) (Wilton, James) (Entered: 12/05/2003) |
|---|---|---|
| 12/05/2003 | ⦿192 | Exhibit - *Exhibit C (continued) of First Interim Application of Ropes & Gray LLP* (Re: 190 Application for Compensation, ). Filed by Debtor CADKEY Corporation (Attachments: # 1 Ex C part 6 of 7# 2 Ex C part 7 of 7) (Wilton, James) (Entered: 12/05/2003) |
| 12/05/2003 | ⦿193 | Exhibit - *Exhibit D to First Interim Application of Ropes & Gray LLP* (Re: 190 Application for Compensation, ). Filed by Debtor CADKEY Corporation (Attachments: # 1 Ex D part 2 of 2) (Wilton, James) (Entered: 12/05/2003) |
| 12/05/2003 | ⦿194 | Affidavit of Edward S. Graham - *Affidavit of Service of Edward S. Graham* (Re: 190 Application for Compensation,, 191 Exhibit,, 192 Exhibit, 193 Exhibit). Filed by Debtor CADKEY Corporation (Wilton, James) (Entered: 12/05/2003) |
| 12/06/2003 | ⦿195 | BNC Certificate of Mailing - PDF Document. Service Date 12/06/2003. (Related Doc # 185) (Admin.) (Entered: 12/08/2003) |
| 12/08/2003 | ⦿196 | Motion to Extend / *Debtor's Motion for Order Pursuant to 11 U.S.C. sec. 1121(d) Extending the Exclusive Periods During Which Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof* Filed by Debtor CADKEY Corporation (Attachments: # 1 Proposed Order) (Moeller-Sally, |

| | | Stephen) (Entered: 12/08/2003) |
|---|---|---|
| 12/08/2003 | 197 | Certificate of Service (Re: 196 Motion to Extend, ). Filed by Debtor CADKEY Corporation (Moeller-Sally, Stephen) (Entered: 12/08/2003) |
| 12/08/2003 | 198 | Appellant, Robert White's Motion to Amend 157 The Designation of Items to be Included in the Record on Appeal. c/s (yms, usbc) (Entered: 12/09/2003) |
| 12/08/2003 | 203 | Final Application for Compensation And Reimbursement of Expenses of Schwartz Heslin Group, Inc. As Financial Advisor to the Debtor. c/s (yms, usbc) CORRECTIVE ENTRY: Filing Date changed from 12/9/03 to 12/8/03. Modified on 12/10/2003 (yms, usbc). (Entered: 12/09/2003) |
| 12/09/2003 | 200 | Hearing scheduled for 12/29/2003 at 10:00 AM Springfield Courtroom - Re: 190 First Interim Application for Compensation and Reimbursement of Expenses of Ropes & Gray LLP as Counsel to the Debtor for James M. Wilton, Debtor's Attorney, Filed by Attorney James M. Wilton. (ab, usbc) (Entered: 12/09/2003) |
| 12/09/2003 | 201 | Court Certificate of Mailing Re: 200 Hearing scheduled for 12/29/2003 at 10:00 AM Springfield Courtroom - Re: 190 First Interim Application for Compensation and Reimbursement of Expenses of Ropes & Gray LLP as Counsel to the Debtor for James M. Wilton, Debtor's Attorney, Filed by Attorney James M. Wilton. (ab, usbc) (Entered: 12/09/2003) |
| 12/09/2003 | 202 | First Interim Application of Sherin and Lodgen LLP for Compensation And Reimbursement of |

| | | |
|---|---|---|
| | | Expenses (As counsel to the Unsecured Creditors Committee). c/s (yms, usbc) (Entered: 12/09/2003) |
| 12/10/2003 | ⊙204 | Stipulation And Order Dated 12/10/03 Regarding 80 Debtor's Motion for Entry of an Order (i) Holding Acuity, Inc. in Civil Contempt for Willful Violation of the Automatic Stay, (ii) Issuing Sanctions against Acuity, Inc. for Willful Violation of the Automatic Stay, and (iii) Enjoining Acuity, Inc. for Continuing to Violate the Stay. (yms, usbc) (Entered: 12/11/2003) |
| 12/11/2003 | ⊙205 | Certificate of Service (Re: 200 Hearing Scheduled, ). Filed by Debtor CADKEY Corporation (Fontana, Erin) (Entered: 12/11/2003) |
| 12/13/2003 | ⊙206 | BNC Certificate of Mailing - PDF Document. Service Date 12/13/2003. (Related Doc # 204) (Admin.) (Entered: 12/15/2003) |
| 12/15/2003 | ⊙207 | Transmittal of Record on Appeal to U.S. District Court RE: 126 Notice of Appeal filed by Creditor Robert White. (yms, usbc) (Entered: 12/15/2003) |



