UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Cadkey Corp.,

BANKRUPTCY APPEAL

CIVIL ACTION NO.-03-40279

<u>O R D E R</u>

<u>GORTON, D. J.</u>

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on <u>12/15/03</u>,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>1/2/04</u> and the Appellee's brief shall be filed on or before <u>1/17/04</u>. The Appellant may file and serve a reply brief on or before <u>1/27/04</u>.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

<u>    12/17/03    </u>               <u>/s/ Martin Castles    </u>
Date                              Deputy Clerk

(Bkappeal.ord - 09/92)                                              [bro.]