UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

```
*******************************)
                               )
In re:                         )   Bankruptcy Appeal
                               )
CADKEY CORPORATION,            )   Case No. 4:03-cv-40279-NMG
                               )
        Debtor                 )
                               )
********************************
```

FILED
CLERKS OFFICE
2003 DEC 18 P 1: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Please notice my appearance on behalf of secured creditor Micro Control Systems, Inc in the above captioned matter that was originally filed in Worcester, MA on December 15, 2003.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Livingston Davies
　　　　　　　　　　　　　　　　BBO# 655443
　　　　　　　　　　　　　　　　P.O. Box 367
　　　　　　　　　　　　　　　　Duxbury, MA 02331
　　　　　　　　　　　　　　　　Tel: 781-934-6420
　　　　　　　　　　　　　　　　Fax: 781-934-6310
December 17, 2003　　　　　　　 email: Livingston@flyingcloud.com