UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -8  A 11: 59

03-40279-NMG

U.S. DISTRICT COURT
DISTRICT OF MASS.

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Appellee

On Appeal form the United States Bankruptcy Court
Western District of Massachusetts

APPELLANT'S MOTION TO EXTEND THE TIME FOR FILING
OPENING BRIEF

Appellant hereby moves that the time limited for filing Appellant's Opening Brief be

extended by 45 days to March 1, 2004.

Appellant has just been informed by the transcriber that transcripts from three hearings

requested by Appellant will take a while longer to furnish to Appellant (see Exhibit A).

Appellant was represented by counsel at said hearings, however, Appellant is appealing Pro Se

and Appellant did not attend the hearings himself and will need the extended time to incorporate

transactions of the hearings into Appellant's opening brief. According to United States District

Court Local Rule 203(B), this Court has authority to grant Appellant's request of an extension of time.

Appellee will not be prejudiced by this Court granting Appellant's request for an extension of time to file Appellant's opening brief.

January 6, 2004                                                      Robert White - Pro Se

                                                                    *Robert White*

                                                                    Box 488, Boise City, OK 73933
                                                                    Voice: (580) 544-4210

# EXHIBIT A

**Robert White**

| | |
|---|---|
| **From:** | "Gloria" <irwingloria@comcast.net> |
| **To:** | <RSW1@PTSI.net> |
| **Sent:** | Friday, January 02, 2004 11:32 PM |
| **Attach:** | BMW-62-03.Cadkey SG.wpd |
| **Subject:** | Cadkey 9-12-03 |

TO: Robert White
FROM: Gloria Irwin, GCI Transcription Services
RE:  Cadkey Transcripts

I have received back from my transcriber the completed transcripts of the 10-27, 10-30, and 11-6 hearings.  They must be proofread with the tapes/CDs first before printing.  I have other transcripts ahead of these which I must proofread and send out; however, I am e-mailing to you the 9-12-03 and 10-20-03 hearing date transcripts which had already been completed prior to your order.  This attachment is the text of the transcript.  I will send you the cover and the index page as separate files with separate e-mails.

Before viewing or printing, please download to your word processing program.  These transcripts have been prepared in WordPerfect 10.0 which is compatible with Microsoft.  This will ensure that what you see on the screen or print (page and line numbers) will conform with the hard copy you receive.

If you have questions, my number is 1-800-471-0299. or you can e-mail me at irwingloria@comcast.net

Gloria Irwin