UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

03-40279-NMG

FILED IN CLERKS OFFICE
2004 JAN -8  P 12: 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Appellee

On Appeal form the United States Bankruptcy Court
Western District of Massachusetts

APPELLANT'S MOTION TO EXTEND THE TIME FOR FILING
OPENING BRIEF

CERTIFICATE OF SERVICE

I, Robert White, hereby certify that on this 6th day of January, 2004, I served a copy of Appellant's Motion to Extend the Time for Filing Opening Brief by mailing the same, postage prepaid to the following:

**SERVICE LIST**

The Official Committee of Unsecured
Creditors

Michael J. Goldberg, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA  02110

| | |
|---|---|
| CADKEY Corporation | James Wilson, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA  02110 |
| Kubotek Corporation | John Loughnane, Esq.<br>Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA  02110 |
| MCS | Livingston Davies, Esq.<br>Law Office of Livingston Davies<br>P.O. Box 367<br>Duxbury, MA 02331 |
| Harold L. Bowers | Frederic Meeker, Esq.<br>Banner & Witcoff, Ltd.<br>1001 G Street, NW<br>11th Floor<br>Washington, DC  20001-4597 |

January 6, 2004

Robert White - Pro Se

*/s/ Robert White*

Box 488, Boise City, OK 73933
Voice: (580) 544-4210