UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

03-40279-NMG

FILED
IN CLERKS OFFICE

2004 MAR -1  P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Appellee

---

On Appeal form the United States Bankruptcy Court
Western District of Massachusetts

---

CERTIFICATE OF SERVICE
for
APPELLANT'S OPENING BRIEF
and
APPELLANT'S APPENDIX

---

I, Robert White, hereby certify that on this 27th day of February, 2004, I served a copy of Appellant's Opening Brief and Appellant's Appendix by mailing the same, postage prepaid to the following:

**SERVICE LIST**

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA  02110 |

MCS

Livingston Davies, Esq.
Law Office of Livingston Davies
P.O. Box 367
Duxbury, MA 02331

February 27, 2004

Robert White - Pro Se

*Robert White* (signature)

Box 488, Boise City, OK 73933
Voice: (580) 544-4210