# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:   CADKEY Corporation

Chapter 11
Bankruptcy Case 03-44906
Judge Henry J. Boroff

**FILED IN CLERKS OFFICE**
**2004 MAR -2 P 4: 55**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **03-44906 Cadkey Corporation – Addendum to Record on Appeal (Transcripts)**.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT SPRINGFIELD, IN THE DISTRICT OF MASSACHUSETTS, THIS 2nd DAY OF MARCH.

Date: 3/2/04

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Sheila Smith

Deputy Clerk
(508) 770-8910

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _____ day of _____, _____.

This case has been assigned No. _____.

_____
DEPUTY CLERK

February 27, 2003

FILED
IN CLERK'S OFFICE

2004 MAR -2  A 12: 59

BANKRUPTCY COURT
WORCESTER, MA

Clerk
United States Bankruptcy Court
595 Main Street, 1st Floor
Worcester, MA  10608
Re:   Cadkey Corporation, Debtor
      Chapter 11, Case No. 03-44906-HJB

Dear Sir/Madam:

I have received the included transcripts from the transcription service and I am forwarding them to you for inclusion in the record on appeal per my designation of the record.

My appeal has been assigned to Judge Gorton in the First District, case number : 03-40279 - NMG

Very truly yours,

*[signature: Robert White]*
Robert White - Pro Se