UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: Cadkey Corp. ) ) ) ) | Bankruptcy Appeal<br>C.A. No. 03-40279 |

### CHAPTER 7 BANKRUPTCY TRUSTEE'S
### MOTION TO EXTEND TIME FOR FILING BRIEF

John Burdick, the Chapter 7 Bankruptcy Trustee ("Trustee"), hereby moves to extend time for filing the Appellee's Brief in this matter. The Trustee moves for an extension to provide him an opportunity to employ special counsel to represent him in this appeal. The Trustee requests that the Court extend his time to respond to Appellants' brief to fourteen days (14) after the Bankruptcy Court's authorization to employ special counsel. In further support of this motion, the Trustee states:

1.  Cadkey Corporation (the "Debtor") commenced a Chapter 11 case by filing a voluntary petition for relief on August 22, 2003 (the "Petition Date"). The Official Unsecured Creditors Committee (the "Committee") was appointed pursuant to 11 U.S.C. §1102(a)(1) on September 3, 2003.

2.  On November 6, 2003, the Court entered an order approving the sale of Debtor's assets to Kubotek Corporation (the "Sale Order"). The Bankruptcy Court issued the Sale Order over the objection of Robert White ("White"), an unsecured creditor who objected to the Debtor's motion to expedite the sale of its assets. White subsequently filed an appeal of the Sale Order to this Court.

{PAZ1304.DOC /}

3.  By order dated December 1, 2003, the Bankruptcy Court granted the Joint Motion of the Debtor and the Official Unsecured Creditors Committee for Appointment of the Creditors Committee as Representative of the Estate for Purposes of Adjudicating Claims By/Or Against Robert White. The Court thus authorized the Creditors Committee, through its counsel, Sherin and Lodgen LLP, to file a brief on behalf of the bankruptcy estate.

4.  By Motion dated January 6, 2004, White moved to extend the time for filing the opening brief. The Court granted his Motion, extending the time for White to file his brief to March 1, 2004, thereby extending the time for Appellees to file a response to March 17, 2004.

5.  On March 4, 2004, the Bankruptcy Court granted the Debtor's Motion for Conversion of Case from Chapter 11 to Chapter 7, and appointed John A. Burdick, Esquire as Chapter 7 Trustee.

6.  The Trustee is seeking authority from the Bankruptcy Court to employ Sherin and Lodgen as special counsel to handle this appeal because the firm and its attorneys have knowledge of the issues presented in this appeal and the proceeding below. The Trustee believes that employment of Sherin and Lodgen is appropriate in order to minimize administrative expenses that would otherwise occur if he employed other counsel. Once approved, Sherin and Lodgen will have authority to file a brief on the Trustee's behalf and on behalf of the bankruptcy estate.

WHEREFORE, Trustee requests that the Court ALLOW its Motion and extend the time for filing of Appellee's Brief to fourteen (14) days after the Bankruptcy Court approves Sherin and Lodgen as Trustee's special counsel.

By his proposed attorneys,

/s/ Michael J. Goldberg
Michael J. Goldberg (BBO# 551869)
John C. LaLiberte (BBO# 556046)
Pamela A. Zorn (BBO# 640800)
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
T: (617) 646-2000
F: (617) 646-2222

Dated: March 11, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that I conferred with Robert White in a good faith effort to resolve or narrow the issues presented in this motion.

/s/ Michael J. Goldberg
Michael J. Goldberg

{PAZ1304.DOC /}                   3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: Cadkey Corp.    ) ) ) ) | Bankruptcy Appeal<br>C.A. No. 03-40279 |

## CERTIFICATE OF SERVICE

I, Pamela A. Zorn, hereby certify that on this 11th day of March, 2004, a true and correct copy of the Chapter 7 Bankruptcy Trustee's Motion To Extend Time For Filing Brief was served upon the following counsel by first class mail:

Robert White, Pro Se
P.O. Box 488
Boise City, OK  73933

James Wilton, Esq.
Ropes and Gray, LLP
One International Place
Boston, MA  02110

John Loughnane, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110

Paul F. O'Donnell, III, Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109

Frederic Meeker, Esq.
Banner & Witcoff, Ltd.
1001 G Street, NW
11th Floor
Washington, DC  20001-4597

_/s/ Pamela A. Zorn_
Pamela A. Zorn

{LMA2800.DOC /}