FOR THE ~~FILED~~
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

03-40279-NMG        2004 MAR 15  P 12: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Appellee

On Appeal form the United States Bankruptcy Court
Western District of Massachusetts

CERTIFICATE OF SERVICE
for
APPELLANT'S MOTION FOR CALENDAR PREFERENCE

I, Robert White, hereby certify that on this 12th day of March, 2004, I served a copy of Appellant's Motion for Calendar Preference by mailing the same, postage prepaid to the following:

**SERVICE LIST**

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110 |
| MCS | Livingston Davies, Esq.<br>Law Office of Livingston Davies<br>P.O. Box 367<br>Duxbury, MA 02331 |

1

MCS

Livingston Davies, Esq.
Law Office of Livingston Davies
P.O. Box 367
Duxbury, MA 02331

John A. Burdick Jr. - Interim Trustee

John A. Burdick Jr.
340 Main Street, Suite 800
Worcester, MA 01608
Voice:(508) 752-4633
FAX: (508) 754-1071

March 12, 2004

Robert White - Pro Se

*Robert White*

Box 488, Boise City, OK 73933
Voice: (580) 544-4210

2