IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

|   |   |   |
|---|---|---|
| In re: Cadkey Corporation, ) | Chapter 7 |
| ) | |
| Debtor. ) | Case No. 03-44906 |
| ) | |

**CHAPTER 7 BANKRUPTCY TRUSTEE'S
MOTION TO EXTEND TIME FOR FILING
COUNTER-DESIGNATION OF THE APPELLATE RECORD**

John Burdick, the Chapter 7 Bankruptcy Trustee ("Trustee"), hereby moves to extend time for filing the Appellee's counter-designation of the appellate record in this matter. The Trustee moves for an extension to provide him an opportunity to employ special counsel to represent him in this appeal. The Trustee requests that the Court extend his time to respond to Appellants' brief to seven days (7) after the Court's authorization to employ special counsel. In further support of this motion, the Trustee states:

1. Cadkey Corporation (the "Debtor") commenced a Chapter 11 case by filing a voluntary petition for relief on August 22, 2003 (the "Petition Date"). The Official Unsecured Creditors Committee (the "Committee") was appointed pursuant to 11 U.S.C. §1102(a)(1) on September 3, 2003.

2. On November 6, 2003, the Court entered an order approving the sale of Debtor's assets to Kubotek Corporation (the "Sale Order").

3. On February 12, 2004, the Bankruptcy Court denied the Final Application of Micro Control Systems, Inc. for Approval of Reimbursement of Fess and Costs Due (the "Fee

{PAZ1306.DOC /}

Order"). On February 17, 2004, Micro Control Systems, Inc. ("MCS") filed an appeal of the Fee Order to the United States District Court for the District of Massachusetts.

4. On March 4, 2004, the Court granted the Debtor's Motion for Conversion of Case from Chapter 11 to Chapter 7, and appointed John A. Burdick, Esquire as Chapter 7 Trustee.

5. The Trustee is seeking authority from the Bankruptcy Court to employ Sherin and Lodgen as special counsel to handle this appeal because the firm and its attorneys have knowledge of the issues presented in this appeal and the proceeding below. The Trustee believes that employment of Sherin and Lodgen is appropriate in order to minimize administrative expenses that would otherwise occur if he employed other counsel. Once approved, Sherin and Lodgen will have authority to file a counter-designation of the appellate record on the Trustee's behalf and on behalf of the bankruptcy estate.

WHEREFORE, Trustee requests that the Court ALLOW its Motion and extend the time for filing a appellee's counter-designation of the appellate record to seven (7) days after the Bankruptcy Court approves Sherin and Lodgen as Trustee's special counsel.

By his proposed attorneys,

Michael J. Goldberg (BBO# 551869)
John C. LaLiberte (BBO# 556046)
Pamela A. Zorn (BBO# 640800)
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
T: (617) 646-2000
F: (617) 646-2222

Dated: March 12, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re: Cadkey Corporation, | Chapter 7 |
| Debtor. | Case No. 03-44906 |

## CERTIFICATE OF SERVICE

I, Pamela A. Zorn, hereby certify that on this 12th day of March, 2004, a true and correct copy of the Chapter 7 Bankruptcy Trustee's Motion To Extend Time For Filing Counter-Designation Of The Appellate Record was served upon the following counsel by first class mail:

Livingston Davies, Esq.
P.O. Box 367
Duxbury, MA 02331

James Wilton, Esq.
Ropes and Gray, LLP
One International Place
Boston, MA 02110

*Pamela A. Zorn*
Pamela A. Zorn

{LMA2804.DOC /}