UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

FILED
IN CLERK'S OFFICE

2004 MAY 19  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

In re:                                      )
                                            )
CADKEY CORPORATION,                         )   Bankruptcy Appeal
                                            )   Case No. 4:03-CV-40279-NMG
                                            )
    Debtor,                                 )
                                            )

## NOTICE OF APPEARANCE

Please notice my appearance on behalf of unsecured creditor Harold Bowers, Pro Se, in the above captioned matter that was originally filed in Worcester, MA December 15, 2003.

Respectfully submitted on this 17th day of May, 2004

HAROLD BOWERS,
Pro Se

*(signature)*
Harold Bowers

215 N Auburndale St
Memphis, TN 38112
Phone: 901-276-1664