UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

03-40279-NMG

FILED
IN CLERKS OFFICE

2004 MAY 19  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Appellee

On Appeal form the United States Bankruptcy Court
Western District of Massachusetts

CERTIFICATE OF SERVICE
for
HAROLD BOWERS NOTICE OF APPEARANCE and LEAVE TO FILE AN AFFIDAVIT

I, Harold Bowers, pro se, hereby certify that on this 18th day of May, 2004, I served a copy of HAROLD BOWERS NOTICE OF APPEARANCE AND MY LEAVE TO FILE AN AFFIDAVIT by mailing the same, postage prepaid to the following:

**SERVICE LIST**

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq.<br>Sherin and Lodgen LLP<br>100 Summer Street<br>Boston, MA  02110 |

| | |
|---|---|
| CADKEY Corporation | James Wilton, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA  02110 |
| Kubotek Corporation | John Loughnane, Esq.<br>Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA  02110 |
| Robert White | Robert White<br>Box 488<br>Boise City, OK 73933 |
| MCS | Livingston Davies, Esq.<br>Law Office of Livingston Davies<br>P.O. Box 367<br>Duxbury, MA 02331 |
| John A. Burdick Jr. - Chapter 7 Trustee | John A. Burdick Jr.<br>340 Main Street, Suite 800<br>Worcester, MA 01608 |
| Fred Meeker | Fred Meeker<br>Banner & Witcoff<br>1001 G Street NW<br>Washington, DC 20001-45957 |
| Paul F. O'Donnell, III | Paul F. O'Donnell, III<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109 |

May 18, 2004

Harold Bowers - Pro Se

Harold L Bowers
901-276-1664