UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

03-40279-NMG

---

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Appellee

---

**Request for Leave to Reply by Harold Bowers - Pro Se - to Trustee's Opposition to Leave to File an Affidavit**

---

I respectfully request leave of this court to file a reply to Trustee's Opposition to Leave to File an Affidavit.

Respectfully submitted on this 14th day of June, 2004, by

*[signature]*

Harold Bowers - Pro se

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

03-40279-NMG

WHITE - Pro Se

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

*Appellee*

On Appeal form the United States Bankruptcy Court
Western District of Massachusetts

CERTIFICATE OF SERVICE
for
**Request for Leave to Reply by Harold Bowers - Pro Se - to Trustee's Opposition to My Leave to File an Affidavit**

I, Harold Bowers, hereby certify that on this 14th day of June, 2004, I served a copy of Request for Leave to **Reply by Harold Bowers - Pro Se - to Trustee's Opposition to My Leave to File an Affidavit** by mailing the same, postage prepaid to the following:

### SERVICE LIST

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq. Sherin and Lodgen LLP 100 Summer Street Boston, MA 02110 |

(Filed stamp: 2004 JUN 16 P 1:19, U.S. DISTRICT COURT, DISTRICT OF MASS.)

| | |
|---|---|
| CADKEY Corporation | James Wilton, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA  02110 |
| Kubotek Corporation | John Loughnane, Esq.<br>Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA  02110 |
| Robert White | Robert White<br>Box 488<br>Boise City, OK 73933 |
| MCS | Livingston Davies, Esq.<br>Law Office of Livingston Davies<br>P.O. Box 367<br>Duxbury, MA 02331 |
| John A. Burdick Jr. - Chapter 7 Trustee | John A. Burdick Jr.<br>340 Main Street, Suite 800<br>Worcester, MA 01608 |
| Banner & Witcoff | Fred Meeker<br>Banner & Witcoff<br>1001 G Street NW<br>Washington, DC 20001-45957 |
| Hinckley, Allen & Snyder LLP | Paul F O'Donnell, III<br>Hinckley, Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109 |

June 10, 2004

Harold Bowers - Pro Se

_(signature)_
215 N Auburndale St
Memphis, TN 38112

901-276-1664