**Notice of Appeal to the First Circuit Court of Appeals
from an Order of the First District Court**

United States District Court for the District of Massachusetts

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CADKEY Corporation,_____ | ) | |
| Debtor | ) | |
| | ) | File No. $03-40279-NMG$ |
| | ) | |
| Robert White - Pro Se, | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Official Committee of | ) | |
| UnsecuredCreditors, | ) | |
| Appellee | ) | |

Notice of Appeal to the United States Court of Appeals for the First Circuit

I, Robert White, the Appellant in the above captioned case, appeal to the United States Court of Appeals for the First Circuit from the final order of the district court for the district of Massachusetts, entered in this case on November 4, 2004, dismissing my appeal to that court.

The parties to the order appealed from and the names and addresss of their respective attorneys are as follows:

| | |
|---|---|
| The Official Committee of Unsecured Creditors and Attorney for the Chapter 7 Trustee | Michael J. Goldberg, Esq. Sherin and Lodgen  LLP 101 Federal Street Boston, MA  02110 |
| CADKEY Corporation Debtor | James Wilton, Esq. Ropes and Gray, LLP One International Place Boston, MA  02110 |
| Kubotek Corporation | John Loughnane, Esq. Gadsby Hanna LLP 225 Franklin Street Boston, MA  02110 |

MCS

Livingston Davies, Esq.
Law Office of Livingston Davies
P.O. Box 367
Duxbury, MA 02331

United States Trustee

Office of the United States Trustee
Attn: Richard King, Esq.
Franklin Square Tower
600 Main Street, Suite 200
Worcester, MA 01608

Dated: November 30, 2004

Robert White - Pro Se
Box 488
Boise City, OK 73933
Ph: (580) 544-4210