## Designation of the Record and Issues on Appeal

United States District Court for the District of Massachusetts

| | |
|---|---|
| In re ) | |
| ) | |
| CADKEY Corporation, ) | |
|    Debtor ) | |
| ) | File No. **03-40279 NMG** |
| Robert White - Pro Se, ) | |
|    Appellant ) | |
| ) | FILING FEE PAID: |
| v. ) | RECEIPT # _____ |
| ) | AMOUNT $ 255.00 |
| Official Committee of ) | BY DPTY CLK _____ |
| UnsecuredCreditors, ) | DATE 12/10/04 |
|    Appellee ) | |

## Designation of the Record

    I, Robert White, the Appellant in the above captioned case, designate the following docket items to be included in the record on appeal:

| Date Filed | Docket # | Docket Text |
|---|---|---|
| 12/15/2003 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-44906. File received, filed by Robert White. |
| 03/01/2004 | 6 | APPELLANT'S OPENING BRIEF by Robert White. |
| 03/01/2004 | 7 | APPELLANT'S APPENDIX by Robert White. |
| 03/02/2004 | 10 | TRANSCRIPT of Proceedings held on September 12, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcripts. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. |
| 03/02/2004 | 11 | TRANSCRIPT of Proceedings held on October 20, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcription Services. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. |
| 03/02/2004 | 12 | TRANSCRIPT of Proceedings held on October 27, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcriptions. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. |

| | | |
|---|---|---|
| 03/02/2004 | 13 | TRANSCRIPT of Proceedings held on October 30, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcription. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. |
| 03/02/2004 | 14 | TRANSCRIPT of Proceedings held on November 6, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcription. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. |
| 03/31/2004 | 19 | Appellee's BRIEF by Official Committee of Unsecured Creditors. (Attachments: # Trustee's Appendix) |
| 04/08/2004 | 20 | Appellant's response to Appellee's REPLY BRIEF by Robert White, c/s. |
| 11/04/2004 | 26 | Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM AND ORDER Affirming the Bankruptcy Court's Order ALLOWING Defendant's Motion to Sell. |

### Designation of Issues on Appeal

1. Did the First District Court err in placing the burden of proof on Appellant to prove that the Debtor did not exercise good business judgment in expediting the sale of virtually all the Debtor's assets. Isn't the burden of proof on the Debtor to prove the necessity to sell virtually all its assets.

2. Due to the Buyer's perjury on the witness stand and failure to secure a "good faith" finding under 11 USC 363(m), didn't the burden of proof shift onto the Debtor to prove that an expedited sale of virtually all its assets to the Buyer was necessary.

3. Did the Debtor and Buyer meet their burden of proof in proving that an expedited sale of virtually all the Debtor's assets was necessary.

4. Did the First District Court err in declining to review Appellant's issue that: the Bankruptcy Court erred in approving the sale to an "insider of the Debtor".

Dated: December 7, 2004

*Robert White*
Robert White - Pro Se
Box 488
Boise City, OK 73933
Ph: (580) 544-4210

# CERTIFICATE OF SERVICE

United States District Court for the District of Massachusetts

| | |
|---|---|
| In re ) | |
| ) | |
| CADKEY Corporation, ) | |
|   Debtor ) | |
| ) | File No. **03-40279 NMG** |
| Robert White - Pro Se, ) | |
|   Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| Official Committee of ) | |
| UnsecuredCreditors, ) | |
|   Appellee ) | |

I, Robert White - Pro Se, hereby certify that on , December 7, 2004, I served copies of my **Designation of the Record and Issues on Appeal** on the following parties by way of US Mail.

*Robert White* (signature)

Robert White - Pro Se
Box 488
Boise City, OK 73933
Ph: (580) 544-4210

**Service List**

The Official Committee          Michael J. Goldberg, Esq. Sherin and Lodgen LLP
of Unsecured Creditors and      101 Federal Street
Attorney for the Chapter 7 Trustee   Boston, MA 02110

CADKEY Corporation              James Wilton, Esq. Ropes and Gray, LLP
  Debtor                        One International Place
                                Boston, MA 02110

Kubotek Corporation             John Loughnane, Esq. Gadsby Hanna LLP
                                225 Franklin Street
                                Boston, MA 02110

MCS                             Livingston Davies, Esq.
                                P.O. Box 367
                                Duxbury, MA 02331

United States Trustee           Office of the United States Trustee
                                Attn: Richard King, Esq.
                                Franklin Square Tower
                                600 Main Street, Suite 200
                                Worcester, MA 01608