# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-40279

Robert White

v.

Official Committee of Unsecured Creditors

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I - IV are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/3/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/12/05

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:03-cv-40279-NMG

| | |
|---|---|
| White v. Official Committee of Unsecured Creditors | Date Filed: 12/15/2003 |
| Assigned to: Judge Nathaniel M. Gorton | Jury Demand: None |
| Related Cases: 4:03-cv-40229-NMG | Nature of Suit: 422 |
| 4:04-cv-40045-NMG | Bankruptcy Appeal (801) |
| 4:04-cv-40208-NMG | Jurisdiction: Federal Question |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | |

### In Re

**Debtor Cadkey Corporation**   represented by   **James M. Wilton**
Ropes & Gray
One International Place
Boston, MA 02110-2624
617-951-7000
Fax: 617-951-7050
Email: jwilton@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Debtor*

### Appellant

**Robert White**   represented by   **Robert White**
PO Box 488
Boise City, OK 73933
580-544-4210
Fax: 580-544-3281
PRO SE

V.

**Appellee**

| | | |
|---|---|---|
| **Official Committee of Unsecured Creditors** | represented by | **Michael J. Goldberg**<br>Sherin and Lodgen<br>100 Summer Street<br>Boston, MA 02110<br>617-646-2000<br>Fax: 617-646-2222<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Micro Control Systems, Inc** | represented by | **Livingston Davies**<br>P.O. Box 367<br>Duxbury, MA 02331<br>781-934-6420<br>Fax: 781-934-6310<br>Email:<br>Livingston@flyingcloud.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Harold Bowers** | represented by | **Harold Bowers**<br>215 N Auburndale Street<br>Memphis, TN 38112<br>901-276-1664<br>PRO SE |

**Notice**

**US Bankruptcy Court**

V.

**Trustee**

| | | |
|---|---|---|
| **John A. Burdick, Jr.** | represented by | **John C. LaLiberte**<br>Sable, Makoroff & Gusky<br>7th floor Frick Building<br>Pittsburgh, PA 15219<br>617-646-2000<br>Fax: 617-646-2222<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Michael J. Goldberg**<br>Sherin & Lodgen LLP<br>100 Summer Street<br>Boston, MA 02110<br>617-646-2000<br>Fax: 617-646-2222<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Pamela A. Zorn**<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110-2104<br>617-646-2000<br>Fax: 617-646-2222<br>Email: pazorn@sherin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2003 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-44906. File received, filed by Robert White. (Attachments: # 1 # 2 |

| | | |
|---|---|---|
| | | # 3)(Hassett, Kathy) (Entered: 12/15/2003) |
| 12/17/2003 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 1/2/2004. Appellee Brief due by 1/17/2004. Appellant Reply Brief due by 1/27/2004. (cc/cl)(Castles, Martin) (Entered: 12/17/2003) |
| 12/18/2003 | 3 | NOTICE of Appearance by Livingston Davies on behalf of Micro Control Systems, Inc. (Hassett, Kathy) (Entered: 12/18/2003) |
| 01/08/2004 | 4 | MOTION for Extension of Time to March 1, 2004 to File Brief by Robert White.(Hassett, Kathy) (Entered: 01/08/2004) |
| 01/08/2004 | 5 | CERTIFICATE OF SERVICE by Robert White re 4 MOTION for Extension of Time to March 1, 2004 to File Brief. (Hassett, Kathy) (Entered: 01/08/2004) |
| 01/15/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered by the court granting 4 Motion for Extension of Time to File briefs. (cc/cl) (Castles, Martin) Modified on 1/16/2004 (Jones, Sherry). (Entered: 01/15/2004) |
| 03/01/2004 | 6 | APPELLANT'S OPENING BRIEF by Robert White. (Hassett, Kathy) (Entered: 03/01/2004) |
| 03/01/2004 | 7 | APPELLANT'S APPENDIX by Robert White. (Hassett, Kathy) (Entered: 03/01/2004) |
| 03/01/2004 | 8 | CERTIFICATE OF SERVICE by Robert White re 6 Brief, 7 Appendix. (Hassett, Kathy) (Entered: 03/01/2004) |
| 03/02/2004 | 9 | NOTICE of addendum to record on appeal by Robert White. (Jones, Sherry) (Entered: 03/03/2004) |
| 03/02/2004 | 10 | TRANSCRIPT of Proceedings held on September 12, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcripts. The original transcripts are maintained in the case file in the Clerk's Office. |

| | | |
|---|---|---|
| | | Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 03/03/2004) |
| 03/02/2004 | ◉11 | TRANSCRIPT of Proceedings held on October 20, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcription Services. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 03/03/2004) |
| 03/02/2004 | ◉12 | TRANSCRIPT of Proceedings held on October 27, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcriptions. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 03/03/2004) |
| 03/02/2004 | ◉13 | TRANSCRIPT of Proceedings held on October 30, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcription. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 03/03/2004) |
| 03/02/2004 | ◉14 | TRANSCRIPT of Proceedings held on November 6, 2003 before Judge Henry J. Boroff. Court Reporter: GCI Transcription. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 03/03/2004) |
| 03/12/2004 | ◉15 | MOTION for Extension of Time to file Appellee's Brief to 14 days after Bankruptcy Court's authorization to employ special counsel to File by John A. Burdick Jr., c/s.(Hassett, Kathy) (Entered: |

| | | |
|---|---|---|
| | | 03/12/2004) |
| 03/15/2004 | 16 | MOTION for Calendar Preference.(Hassett, Kathy) (Entered: 03/15/2004) |
| 03/15/2004 | 17 | CERTIFICATE OF SERVICE by Robert White re 16 MOTION for Calendar Preference. (Hassett, Kathy) (Entered: 03/15/2004) |
| 03/22/2004 | 18 | MOTION for Extension of Time to 7 days after approval of Sherin and Lodgren as Trustee's Special Counsel to file Counter-Designation of the Appellate Record by John A. Burdick Jr., c/s.(Hassett, Kathy) (Entered: 03/22/2004) |
| 03/22/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 15 Motion for Extension of Time to File; the trustee will file appellee's brief and his response to appellant's "motion for calendar preference" on or before Wed., March 31, 2004. (cc/cl) (Castles, Martin) (Entered: 03/23/2004) |
| 03/23/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 18 Motion for Extension of Time. (see order on docket No. 15) (cc/cl) (Castles, Martin) (Entered: 03/23/2004) |
| 03/31/2004 | 19 | Appellee's BRIEF by Official Committee of Unsecured Creditors. (Attachments: # 1 Trustee's Appendix)(Jones, Sherry) (Entered: 03/31/2004) |
| 04/08/2004 | 20 | Appellant's response to Appellee's REPLY BRIEF by Robert White, c/s. (Jones, Sherry) (Entered: 04/08/2004) |
| 05/19/2004 | 21 | NOTICE of Appearance by Harold Bowers (Hassett, Kathy) (Entered: 05/19/2004) |
| 05/19/2004 | 22 | MOTION for Leave to File Affidavit by Harold Bowers - Pro Se.(Hassett, Kathy) (Entered: 05/19/2004) |

| | | |
|---|---|---|
| 05/19/2004 | 23 | CERTIFICATE OF SERVICE by Harold Bowers re 21 Notice of Appearance, 22 MOTION for Leave to File. (Hassett, Kathy) (Entered: 05/19/2004) |
| 05/27/2004 | 24 | Opposition re 22 MOTION for Leave to File *Affidavit by Harold L. Bowers - Pro Se* filed by John A. Burdick Jr.. (DeProspo, Anthony) (Entered: 05/27/2004) |
| 05/27/2004 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered by the court granting 16 Motion for calendar preference. Motion allowed to the extent that the case is fully brief and the court will take the matter under advisement. (cc/cl) (Castles, Martin) Modified on 5/28/2004 (Jones, Sherry). (Entered: 05/27/2004) |
| 06/16/2004 | 25 | MOTION for Leave to File a Reply by Harold Bowers, c/s.(Hassett, Kathy) (Entered: 06/16/2004) |
| 11/04/2004 | 26 | Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM AND ORDER Affirming the Bankruptcy Court's Order ALLOWING Defendant's Motion to Sell.(Barrette, Mark) (Entered: 11/05/2004) |
| 11/08/2004 |  | Civil Case Terminated. (Barrette, Mark) (Entered: 11/08/2004) |
| 12/03/2004 | 27 | NOTICE OF APPEAL as to 26 Memorandum & ORDER by Robert White. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/23/2004. (Barrette, Mark) (Entered: 12/10/2004) |
| 12/10/2004 | 29 | Proposed Document(s) submitted by Robert White. Document received: Designation of the Record. (Barrette, Mark) (Entered: 12/15/2004) |
| | | |

| 12/10/2004 | | Filing fee: $ 255, receipt number 60730 regarding Notice of Appeal Filing Fee (Barrette, Mark) (Entered: 01/10/2005) |
| --- | --- | --- |
| 01/10/2005 | ● | Notice of correction to docket made by Court staff. Correction: Docket # 28 deleted, corrected because: The Notice of Appeal was inadvertently duplicated. A new entry has been done just reflecting that the filing fee was paid. Counsel has been notified. (Barrette, Mark) (Entered: 01/10/2005) |