# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1060

IN RE: CADKEY CORPORATION,

Debtor,

ROBERT WHITE,

Appellant,

v.

JOHN A. BURDICK, JR.,

Trustee, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Lynch and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 12, 2005

    Having carefully reviewed the parties' briefs, the record on appeal, and the applicable law, we <u>affirm</u> the judgment of the district court for essentially the same reasons as those given by the district court in its Memorandum and Order of November 4, 2004. We also note that, since the appellant failed to raise in the district court his argument that the bankruptcy court misapplied the burden of proof in evaluating whether the appellee's decision regarding the timing of its asset sale could not have been based on sound business judgment, we need not consider this argument. See <u>Singleton v. Wulff</u>, 428 U.S. 106, 120 (1976); <u>Resyn Corp. v. United States</u>, 851 F.2d 660, 664 (3d Cir. 1988); <u>Smith v. Dairymen, Inc.</u>,

790 F.2d 1107, 1112 (4th Cir. 1986). Nor do we intimate that we would likely find the argument of merit were we to consider it.

<u>Affirmed.</u>

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
       Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: OCT 03 2005

[cc: Messrs: White, Goldberg, Candon, Davies, Bowers, La Liberte, DeProspo, Loughnane and Ms. Zorn]